```
                    UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA

HARRY BEER, on his own              :
behalf and as executor of           :
the estate of the late Alan         :
Beer, ANNA BEER, PHYLLIS            :
MAISEL, and ESTELLE CARROLL,        :
                                    :
        Plaintiffs,                 :
                                    :
             v.                     :
                                    :
THE ISLAMIC REPUBLIC OF IRAN        :
Ministry of Foreign Affairs         :   Civil Action No.
Khomeini Avenue                     :
United Nations Street               :
Tehran, Iran,                       :
                                    :
             and                    :
                                    :
THE IRANIAN MINISTRY OF             :
INFORMATION AND SECURITY            :
Pasdaran Avenue                     :
Golestan Yekom                      :
Tehran, Iran                        :
                                    :
        Defendants.                 :
```

## PLAINTIFFS' MOTION FOR WAIVER OF REQUIREMENTS UNDER LOCAL CIVIL RULES 5.1(e) AND 11.1

Plaintiffs move that LCvRs 5.1(e) and 11.1 be waived insofar as they require the "full residence address of the party" on the caption of the initial pleading and that the Complaint attached hereto be accepted for filing.

In support of the motion, Plaintiffs state:

1. This action is brought by the estate executor and other immediate family members of the late Alan Beer, who had been living in Israel for several years when he was killed by a

suicide bomb attack on June 11, 2003 while riding in a 14A Egged bus in downtown Jerusalem.  In that attack, a Palestinian high school student disguised as an orthodox Jew stepped onto the bus with a powerful bomb concealed around his waist.  The ensuing explosion killed 16 passengers in addition to Alan Beer, while wounding more than 100 people, including bystanders.  The anti-Israel terrorist organization Hamas claimed responsibility.  Hamas has received substantial material support and assistance from Defendants in waging the anti-Israel terror campaign of which the attack just described was a part.

    2.   As will be more fully developed in the course of this litigation, Plaintiff family members have suffered severe emotional dislocation in the wake of Alan Beer's murder.

    3.   Moreover, Plaintiffs are fearful that publication of their addresses could subject them to attack from terrorist groups linked to Defendants.

    4.   Since 1979, terrorist attacks by groups linked to Defendants have killed more than 1,000 American citizens around the world.

    5.   The proposed Order submitted with this motion requires Plaintiffs to file their names and residence under seal within 30 days of the date of the Order, thereby providing the Court the information required by LCvRs 5.1(e) and 11.1.

WHEREFORE, Plaintiffs pray that their motion be granted and that the Court enter the Order submitted herewith.

Date: _____

                                      Respectfully submitted,

                                      _____
Barry L. Leibowitz, Esquire
Bar No. 158949
LEIBOWITZ, BAND & JEZIC
2730 University Boulevard West
Suite 910
Wheaton, MD 20902
(301) 942-8378

Attorney for Plaintiffs

```
                    UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA

HARRY BEER, on his own           :
behalf and as executor of        :
the estate of the late Alan      :
Beer, ANNA BEER, PHYLLIS         :
MAISEL, and ESTELLE CARROLL,     :
                                 :
     Plaintiffs,                 :
                                 :
          v.                     :
                                 :
THE ISLAMIC REPUBLIC OF IRAN     :    Civil Action No.
Ministry of Foreign Affairs      :
Khomeini Avenue                  :
United Nations Street            :
Tehran, Iran,                    :
                                 :
          and                    :
                                 :
THE IRANIAN MINISTRY OF          :
INFORMATION AND SECURITY         :
Pasdaran Avenue                  :
Golestan Yekom                   :
Tehran, Iran                     :
                                 :
     Defendants.                 :
```

**MEMORANDUM IN SUPPORT OF
PLAINTIFFS' MOTION FOR
<u>WAIVER OF REQUIREMENTS UNDER LOCAL CIVIL RULES 5.1(e) AND 11.1</u>**

Plaintiffs' names may be protected from disclosure under LCvRs 5.1(e) and 11.1 where publication creates a risk of retaliatory harm. <u>Qualls, et al., v. Rumsfeld, et al.</u>, 228 F.R.D. 8, 10-11 (D.D.C. 2005). This Court has permitted such protection from disclosure in a comparable case. See <u>Greenbaum, et al., v. Islamic Republic of Iran, et al.</u>, C.A. No. 02-2148(RCL), 11/5/02 ORDER.

Date: _____

                                          Respectfully submitted,


_____
Barry L. Leibowitz, Esquire
Bar No. 158949
LEIBOWITZ, BAND & JEZIC
2730 University Boulevard West
Suite 910
Wheaton, MD 20902
(301) 942-8378

Attorney for Plaintiffs

```
                    UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA

HARRY BEER, on his own              :
behalf and as executor of           :
the estate of the late Alan         :
Beer, ANNA BEER, PHYLLIS            :
MAISEL, and ESTELLE CARROLL,        :
                                    :
      Plaintiffs,                   :
                                    :
            v.                      :
                                    :
THE ISLAMIC REPUBLIC OF IRAN        :   Civil Action No.
Ministry of Foreign Affairs         :
Khomeini Avenue                     :
United Nations Street               :
Tehran, Iran,                       :
                                    :
            and                     :
                                    :
THE IRANIAN MINISTRY OF             :
INFORMATION AND SECURITY            :
Pasdaran Avenue                     :
Golestan Yekom                      :
Tehran, Iran                        :
                                    :
      Defendants.                   :
```

**ORDER**

Upon Plaintiffs' Motion For Waiver Of Requirements Under Local Civil Rules 5.1(e) and 11.1, it is this _____ day of _____, 2006

ORDERED, that LCvRs 5.1(e) and 11.1 be waived insofar as they require that the "full residence address of the party" appear in the caption of the initial pleading, and further

ORDERED, that Plaintiffs file their the names and residence addresses under seal within 30 days of the date of this Order, and further

ORDERED, that the Clerk of the Court accept the Complaint submitted and issue process directed to the Defendants.

SO ORDERED

_____
United States District Judge

Copies to:

Barry L. Leibowitz, Esquire
LEIBOWITZ, BAND & JEZIC
2730 University Boulevard West
Suite 910
Wheaton, MD 20902

```
                    UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA
```

HARRY BEER, on his own behalf and as executor of the estate of the late Alan Beer, ANNA BEER, PHYLLIS MAISEL, and ESTELLE CARROLL,

    Plaintiffs,

        v.

THE ISLAMIC REPUBLIC OF IRAN  Civil Action No.
Ministry of Foreign Affairs
Khomeini Avenue
United Nations Street
Tehran, Iran,

        and

THE IRANIAN MINISTRY OF INFORMATION AND SECURITY
Pasdaran Avenue
Golestan Yekom
Tehran, Iran

    Defendants.

## FILED UNDER SEAL
### AFFIDAVIT

In accord with the Court's Order granting Plaintiffs' Motion For Waiver Of Requirements Under Local Civil Rules 5.1(e) and 11.1, I hereby file Plaintiffs' names and addresses UNDER SEAL.

    Harry Beer
    4377 Churchill Blvd.
    University Heights, OH 44118

    Anna Beer
    2065 Staunton Road
    Cleveland Heights, OH 44118

```
Phyllis Maisel
Chai Taub #3-23
Har Nof Jerusalem
Israel

Estelle Carroll
506 Spotswood St.  Apt. C
Norfolk, VA 23317
```

I solemnly swear and affirm under the penalties of perjury that the contents of the foregoing Affidavit are true and correct to the best of my knowledge, information and belief.

                                                                  _____
                                                                  Barry L. Leibowitz

STATE OF MARYLAND
COUNTY OF MONTGOMERY

Subscribed and sworn to before me this _____ day of _____, 2006.

                                                                 _____
                                                                 Notary Public

My Commission Expires: