```
                    UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA


HARRY BEER, et al.,                 :
                                    :
     Plaintiffs,                    :
                                    :
         v.                         :     C.A. No.
                                    :
THE ISLAMIC REPUBLIC OF             :
IRAN, et al.,                       :
                                    :
     Defendants.                    :
```

## NOTICE OF SUIT

Come now the Plaintiffs by and through their counsel and inform the Defendants, The Islamic Republic of Iran and The Iranian Ministry of Information and Security that suit has been filed against you in the United States District Court for the District of Columbia as follows:

1. The title of the legal proceeding is: Harry Beer, on his own behalf and as executor of the estate of the late Alan Beer, Anna Beer, Phyllis Maisel, and Estelle Carroll v. The Islamic Republic of Iran and The Iranian Ministry of Information and Security.  The full name of the Court is United States District Court for the District of Columbia.  The case number is C.A. No.   .

2. The foreign state concerned is The Islamic Republic of Iran.

3. The identity of the other parties is as listed in paragraph one above.

### JUDICIAL DOCUMENTS

4. The documents being served upon you are a Summons and Complaint along with this Notice of Suit.

5.  The nature and purpose of the proceedings is a claim by the identified Plaintiff parties under the Foreign Sovereign Immunities Act of 1976 seeking damages against you for violation of said Act arising from your providing material support as defined in the Foreign Sovereign Immunities Act of 1976 to the person(s) and organization(s) responsible for the extrajudicial killings carried out by the June 11, 2003 suicide bombing of the 14A Egged bus in downtown Jerusalem, Israel, resulting in painful injury and death to Alan Beer, economic damages to his estate, and severe emotional distress to Plaintiffs, his closest relatives. You have been named because of your having provided material support to those who perpetrated the extrajudicial killings in connection with those suicide attacks. The relief requested is a monetary award in the total amount of $360,000,000.

6.  There is no default judgment.

7.  A response to a "Summons" and "Complaint" is required to be submitted to the court, not later than 60 days after these documents are received. The response may present jurisdictional defenses (including defenses relating to state immunity).

8.  The failure to submit a timely response with the court can result in a Default Judgment and a request for execution to satisfy the judgment. If a default judgment has been entered, a procedure may be available to vacate or open that judgment.

9. Questions relating to state immunities and to the jurisdiction of United States courts over foreign states are governed by the Foreign Sovereign Immunities Act of 1976, which appears in sections 1330, 1391(f), 1441(d), and 1602 through 1611, of Title 28, United States Code (Pub. L. 94-583; 90 Stat. 2891).

A copy of the Foreign Sovereign Immunities Act of 1996 is attached hereto.

Date: _____

                                    Respectfully submitted,

                                    _____
                                    Barry L. Leibowitz, Esquire
                                    Bar No. 158949
                                    LEIBOWITZ, BAND & JEZIC
                                    2730 University Boulevard West
                                    Suite 910
                                    Wheaton, MD 20902
                                    (301) 942-8378

                                    Attorney for Plaintiffs