UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

HARRY BEER, on his own            :
behalf and as executor of         :
the estate of the late Alan       :
Beer, ANNA BEER, PHYLLIS          :
MAISEL, and ESTELLE CARROLL,      :

     Plaintiffs,                  :

        v.                        :

THE ISLAMIC REPUBLIC OF IRAN      :    Civil Action No.  06 0473
Ministry of Foreign Affairs       :
Khomeini Avenue                   :
United Nations Street             :
Tehran, Iran,                     :

       and                       :

THE IRANIAN MINISTRY OF           :
INFORMATION AND SECURITY          :
Pasdaran Avenue                   :
Golestan Yekom                    :
Tehran, Iran                      :

     Defendants.                  :

**FILED**

**MAR 16 2006**

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## ORDER

Upon Plaintiffs' Motion For Waiver Of Requirements Under Local Civil Rules 5.1(e) and 11.1, it is this *15th* day of *March*, 2006

ORDERED, that LCvRs 5.1(e) and 11.1 be waived insofar as they require that the "full residence address of the party" appear in the caption of the initial pleading, and further

ORDERED, that Plaintiffs file their the names and residence addresses under seal within 30 days of the date of this Order, and further

ORDERED, that the Clerk of the Court accept the Complaint submitted and issue process directed to the Defendants.

SO ORDERED

_Royce C. Lamberth_
United States District Judge

Copies to:

Barry L. Leibowitz, Esquire
LEIBOWITZ, BAND & JEZIC
2730 University Boulevard West
Suite 910
Wheaton, MD 20902