```
              UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF COLUMBIA
```

HARRY BEER, et al.,                :
                                   :
    Plaintiffs,                    :
                                   :
        v.                         :   C.A. No. 1:06CV00473(RCL)
                                   :
                                   :
THE ISLAMIC REPUBLIC, et al.,      :
                                   :
                                   :
    Defendants.                    :

**NOTICE OF FILING OF AFFIDAVIT UNDER SEAL**

Plaintiffs hereby provide notice that in accord with this Court's March 15, 2006 order allowing them to file their names and addresses under seal, they have this 24th day of March, 2006 filed an affidavit under seal executed by their attorney, Barry L. Leibowitz, listing their names with addresses.

Respectfully submitted,

_____\s_____
Barry L. Leibowitz
LEIBOWITZ, BAND & JEZIC
2730 University Blvd. West
Wheaton, MD 20902-1975
301.942.8378