LAW OFFICES

# LEIBOWITZ BAND & JEZIC

2730 UNIVERSITY BOULEVARD WEST
SUITE 910
WHEATON, MARYLAND 20902-1975
301 - 942 - 8378
Facsimile 301 - 946 - 6798

BARRY L. LEIBOWITZ *†
ERIN P. BAND *
ANDREW V. JEZIC*

VIRGINIA OFFICE
6316 CASTLE PLACE
SUITE 300
FALLS CHURCH, VA 22044
703 - 536 - 6770

* ADMITTED IN MARYLAND & D.C.
† ADMITTED IN VIRGINIA

May 4, 2006

Mr. Greg Hughes
United States District Court
for the District of Columbia
U.S. District Courthouse, Room 1225
333 Constitution Avenue NW
Washington, DC  20001

**RE: Beer, et al. v The Islamic Republic of Iran, et al.
    Case No. 1:06-CV-00473(RCL)**

Dear Mr. Hughes:

   With this letter please find two prepaid service packages for the defendants in this matter.  Since service is to be made pursuant to the Foreign Sovereign Immunities Act, it is my understanding that your office will review the packages, seal them, return them to us for delivery via DHL and make the appropriate docket entry.  We submit:

   Pursuant to 28 USC 1608(a)(3) as to The Islamic Republic of Iran:
   a) summons (w/translation)
   b) complaint (w/translation)
   c) notice of suit (w/ translation) along with copy of the
      Foreign Sovereign Immunities Act.

   Pursuant to 28 USC 1608(b)(3)(B) as to The Iranian Ministry of Information and Security:
   a) summons (w/translation)
   b) complaint (w/ translation).

**RECEIVED**

**MAY 1 1 2006**

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

E:\L&B\MAIN FILES\MAIN FILES\LIT 4922\Letters\ClerkServ3.wpd

    We appreciate your assistance. Because we wish these packages served promptly, we respectfully request that you process them at your earliest convenience.

    Please call us with any problems or questions. Thank you.

Sincerely,

Mark M. Hager