CO 939
Rev. 4/06

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

BEER, et al.
_____
Plaintiff(s)

vs.                                            Civil Action No.: 06-473 (RCL)

ISLAMIC REPUBLIC OF IRAN, et al.
_____
Defendant(s)

## CERTIFICATE OF MAILING

I hereby certify under penalty of perjury, that on the __15TH__ day of __May__, 20 _06_,
I mailed:

1. ☐ One copy of the summons and complaint by registered mail, return receipt requested, to the individual of the foreign state, pursuant to the provisions of FRCP 4(f)(2)(C)(ii).

2. ☒ One copy of the summons, complaint and notice of suit, together with a translation of each into the official language of the foreign state, by DHL, to the head of the ministry of foreign affairs, pursuant to the provisions of 28 U.S.C. § 1608(a)(3).

3. ☐ Two copies of the summons, complaint and notice of suit, together with a translation of each into the official language of the foreign state, by certified mail, return receipt requested, to the U.S. Department of State, Office of Policy Review and Interagency Liaison, Overseas Citizens Services, 2100 Pennsylvania Avenue, NW, Fourth Floor, Washington, DC 20520, ATTN: Director of Overseas Citizens Services, pursuant to the provisions of 28 U.S.C. § 1608(a)(4).

4. ☒ One copy of the summons and complaint, together with a translation of each into the official language of the foreign state, by DHL, to the agency or instrumentality of the foreign state, pursuant to 28 U.S.C. § 1608(b)(3)(B).


NANCY MAYER-WHITTINGTON, CLERK

By: _____
Deputy Clerk

DHL Waybill 788 3134 066

**1 Payer account number and shipment value protection details**
Charge to: ☒ Shipper
Payer Account No.: 8336 24949

**2 From (Shipper)**
Shipper's Reference: CLERK
Company Name: US DISTRICT COURT FOR THE DISTRICT OF COLUMBIA
Address: 333 CONSTITUTION AVE N.W.
WASHINGTON, DC 20001
Post/ZIP Code: 20001
Phone: 202-354-3120

**3 To (Receiver)**
Company Name: THE IRANIAN MINISTRY OF INFORMATION AND SECURITY
Delivery Address: PASDARAN AVENUE
GOLESTAN YEKOM
TEHRAN
Country: IRAN

**4 Shipment Details**
Total number of packages: 1
Total Weight: 1 lbs

**5 Full Description of Contents**
DOCUMENTS 06-CV-473 (RCL)

**7 Shipper's Authorization**
Signature: [signed]
Date: 6-12-06

**8 Products & Services**
☒ International Express

DHL Waybill (handwritten entries):

- Payer Account No.: 853624949
- Receiver account: 853624949
- Shipper's Reference: CLERK
- From (Shipper):
  - Company Name: U.S. DISTRICT COURT FOR THE DISTRICT OF COLUMBIA
  - Address: 333 CONSTITUTION AVENUE, NW, WASHINGTON, D.C. 20001
  - Post/ZIP Code: 20001
- To (Receiver):
  - Company Name: ISLAMIC REPUBLIC OF IRAN
  - Contact Person: MINISTRY OF FOREIGN AFFAIRS
  - Delivery Address: KHOMEINI AVENUE, UNITED NATIONS STREET, TEHRAN
  - Country: IRAN
- Shipment details:
  - Total number of packages: 1
  - Total Weight: 1 lbs
- Full Description of Contents: DOCUMENTS 06-CV-473 (RCL)
- Type of Export: Permanent
- Receiver account: 853624949
- Shipper's Authorization signature with Date: 5/31/06
- Waybill number: 829 0075 102
- Services: International Express (checked)