





AHIG

SHIPMENT AWB No:

POST/ZIP CODE:

DEST

# TRANSPORT COLLECT

TRANSPORT CHARGES FOR THIS PACKAGE ARE PAYABLE BY THE RECEIVER AT THE SHIPPER'S REQUEST

AWB No. 959 2335 932

SHIPPER'S INTEREST INSURANCE ☐ YES

Notice to delivery couriers: do not deliver the shipment without a notice of charge due unless authorised by a supervisor.

DHL No. 032793648

RECEIVED
JUN 15 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

DCAA 4X
ABH
20001
DHL EXPRESS 1/1/2006
LB1024 (3/06) FDS

<-></->
