


AB0015 EC (11/05)

DHL EXPRESS (USA), INC.

DHL Express (USA), Inc., 1200 South Pine Island Road, Plantation, Florida 33324

Recipient's Copy

**INTERNATIONAL SHIPMENT WAYBILL** (Non-negotiable)

788 3134 066

7883134066

**1 Payer account number and shipment value protection details**
☒ Shipper   Payer Account No.

**2 From (Shipper)**
Contact Name: CLERK
Company Name: US DISTRICT COURT FOR THE DISTRICT OF COLUMBIA
Address: 333 CONSTITUTION AVE N.W.
WASHINGTON, DC 20001
Post/ZIP Code: 20001
Phone: 202-354-3120

**3 To (Receiver)**
THE MINISTRY OF INFORMATION AND SECURITY
PASDARAN AVENUE
GOLESTAN, YEKUM
TEHRAN
Country: IRAN

**4 Shipment Details**
Total number of packages: 1
Total Weight: 1

**5 Full Description of Contents**
DOCUMENTS
06-CV-473 (RCL)

**6 Dutiable Shipments Only**

TYPE OF EXPORT: ☒ Permanent

**7 Shipper's Authorization**
Signature: [signed]
Date: 6/2/06



EXPRESS PACK - SMALL

© 2004 All rights reserved