```
                    UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA

HARRY BEER, et. al.             :
                                :
     Plaintiffs,                :
                                :
          v.                    :     Civil Action No. 1:06CV473
                                :     Judge Royce C. Lamberth
THE ISLAMIC REPUBLIC OF IRAN,   :
et al.                          :
                                :
     Defendants.                :
```

**MOTION FOR ORDER PERMITTING PLAINTIFF**
**TO PROCEED WITH SERVICE THROUGH DIPLOMATIC CHANNELS**

Comes now the Plaintiff Harry Beer, by and through counsel, herewith moves the Court that an Order be entered permitting the Plaintiff to carry out service upon the Defendants through diplomatic channels.

The following is stated in support of the Motion:

1. The Defendant, The Islamic Republic of Iran, and the Iranian Ministry of Information and Security do not have in effect any special arrangement for the service of process upon the Defendant in accordance with the provisions of 28 U.S.C. Section 1608(a)(1), nor is service permitted by applicable international convention under the provisions of 28 U.S.C. Section 1608(a)(2).

2. Pursuant to Section 1608(a)(3) the Plaintiff with the assistance of the clerk of this court has arranged to have copies of the summons and complaint, together with a translation of each into the official language of the foreign state on May 15, 2006 by DHL express shipping.  DHL has advised the Clerk and supplied the Clerk of the Court with proof that the Defendants refused to accept service of the DHL packages.

3. On June 11, 2006 the clerk of the court issued electronic Docket Entry numbers 10 and 11 confirming that the summons was returned unexecuted by DHL.

4. Undersigned counsel has informally surveyed other Plaintiff's counsel pursuing claims against these Defendants in this court and has learned that these Defendants have never responded to attempted mail or DHL deliveries.

5. Plaintiff therefore request leave of Court to carry out service upon the Defendants in accordance with the provisions of 28 United States Code Section 1608(4) by service through diplomatic channels.

WHEREFORE, Plaintiff pray that the Motion be granted and that an Order be entered permitting the Plaintiff to serve the Defendants through diplomatic channels.

Date: August 4, 2006           Respectfully submitted,


                               _____/s/_____
                               Barry L. Leibowitz, Esquire
                               Bar No. 158949
                               LEIBOWITZ, BAND & JEZIC
                               2730 University Boulevard West
                               Suite 910
                               Wheaton, MD 20902
                               (301) 942-8378

                               Attorney for Plaintiffs

```
                UNITED STATES DISTRICT COURT
                FOR THE DISTRICT OF COLUMBIA

HARRY BEER, et. al.              :
                                 :
    Plaintiffs,                  :
                                 :
        v.                       :    Civil Action No. 1:06CV473
                                 :    Judge Royce C. Lamberth
THE ISLAMIC REPUBLIC OF IRAN,    :
et al.                           :
                                 :
    Defendants.                  :
```

**MEMORANDUM IN SUPPORT OF MOTION FOR
ORDER PERMITTING Plaintiff TO
<u>PROCEED WITH SERVICE THROUGH DIPLOMATIC CHANNELS</u>**

Perhaps in an effort to avoid unnecessary work by the Department of State, 28 U.S.C. Section 1608(a)(4) quite clearly requires that an attempt be made to effect service of process by other than diplomatic means before requesting service through diplomatic channels. The Department of State Office of Policy Review and Interagency Liaison, Edward A. Betancourt, Director, will not accept papers for service without so attempting service. Clearly the Motion of Plaintiff to serve by diplomatic means should be granted.

Date: August 4, 2006              Respectfully submitted,


                                  _____/s/_____
                                  Barry L. Leibowitz, Esquire
                                  Bar No. 158949
                                  LEIBOWITZ & BAND
                                  2730 University Boulevard West
                                  Suite 910
                                  Wheaton, MD 20902
                                  (301) 942-8378

                                  Attorney for Plaintiffs

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

HARRY BEER, et. al.           :
                              :
    Plaintiffs,               :
                              :
        v.                    :    Civil Action No. 1:06CV473
                              :    Judge Royce C. Lamberth
THE ISLAMIC REPUBLIC OF IRAN, :
et al.                        :
                              :
    Defendants,               :

## ORDER

Upon the Motion of Plaintiff, it is, by the Court, this _____ day of _____, 2006

ORDERED, that the Plaintiff be and hereby is permitted to proceed with service through diplomatic channels in accordance with the requirements of 28 United States Code Section 1608(4), and it is further

ORDERED, that the Clerk of this Court transmit two copies of the Summons, Complaint, the required Notice of Suit and a copy of the Foreign Sovereign Immunities Act of 1976 with translations into Farsi at the expense of the Plaintiff, to Colin Powell, Secretary of State, Attention: Edward A. Betancourt, Director of Special Consular Services, Office of Policy Review and Interagency Liaison, 2100 Pennsylvania Avenue, N.W. Fourth Floor, Washington, DC 20520, to be transmitted by the Secretary of State through diplomatic channels to the Defendants, the Islamic Republic of Iran and the Iranian Ministry of Information and Security, and it is further

ORDERED, that the Secretary of State shall return to this Court a certified copy of the diplomatic note indicating when the papers were transmitted to the Defendants in accordance with the 28 United States Code Section 1608(4).

                                                                          _____
United States District Judge

Copies to:

Barry L. Leibowitz, Esquire
LEIBOWITZ BAND & JEZIC
2730 University Boulevard West
Suite 910
Wheaton, MD 20902

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| HARRY BEER, et. al. | : | |
| | : | |
| Plaintiffs, | : | |
| | : | |
| v. | : | Civil Action No. 1:06CV473 |
| | : | Judge Royce C. Lamberth |
| THE ISLAMIC REPUBLIC OF IRAN, et al. | : | |
| | : | |
| Defendants, | : | |

TO:   Condoleezza Rice
      Secretary of State
      Attention: Edward A. Betancourt
      Director of Policy Review and Interagency Liaison
      Office of Policy Review and Interagency Liaison
      2100 Pennsylvania Avenue NW Fourth Floor
      Washington, D.C. 20520

In accordance with the 28 United States Code Section 1608(4), and the Order of this Court entered on the 28th day of June, 2003, please find enclosed four copies of the Complaint filed in this Court on the 14th day of March, 2006 and Summons filed in this court on the 16th day of March, 2006. Please carry out transmittal of the enclosed documents by diplomatic service of one copy each upon the Islamic Republic of Iran and the Iranian Ministry of Information and Security and return to this Court a certified copy of the diplomatic note of transmittal.

Date: _____                    Clerk of the Court

                                           By: _____
                                               Deputy Clerk