UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **HARRY BEER,** *et al.*, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civil Action No. 06-473 (RCL) |
| **THE ISLAMIC REPUBLIC OF IRAN,** *et al.*, | ) ) ) ) | |
| Defendants. | ) ) | |

**ORDER**

Upon the Motion [12] of plaintiff, it is hereby

ORDERED that the Plaintiff be and hereby is permitted to proceed with service through diplomatic channels in accordance with the requirements of 28 United States Code Section 1608(4); and it is further

ORDERED that the Clerk of this Court transmit two copies of the Summons, Complaint, the required Notice of Suit and a copy of the Foreign Sovereign Immunities Act of 1976 with translations into Farsi at the expense of the Plaintiff, to Condoleezza Rice, Secretary of State, Attention: Edward A. Betancourt, Director of Policy Review and Interagency Liaison, Office of Policy Review and Interagency Liaison, 2100 Pennsylvania Avenue, N.W. Fourth Floor, Washington, DC 20520, to be transmitted by the Secretary of State through diplomatic channels to the Defendants, the Islamic Republic of Iran and the Iranian Ministry of Information and Security; and it is further

ORDERED, that the Secretary of State shall return to this Court a certified copy of the

diplomatic note indicating when the papers were transmitted to the Defendants in accordance with the 28 United States Code Section 1608(4).

SO ORDERED.

Signed by Royce C. Lamberth, United States District Judge, November 14, 2006.