LAW OFFICES

# LEIBOWITZ, BAND & JEZIC, LLC

2730 UNIVERSITY BOULEVARD WEST
SUITE 910
WHEATON, MARYLAND 20902-1975
301 - 942 - 8378
Facsimile 301 - 946 - 6798

BARRY L. LEIBOWITZ *†
ERIN P. BAND *
ANDREW V. JEZIC*
JOHN A. GIANNETTI, JR*
DAVID KRUM ^
DAVID H. MOYSE ^

VIRGINIA OFFICE
6316 CASTLE PLACE
SUITE 300
FALLS CHURCH, VA 22044
703 - 237 - 8486

\* ADMITTED IN MARYLAND & D.C.
† ADMITTED IN VIRGINIA
^ ADMITTED IN MARYLAND

January 28, 2007

Edward A. Betancourt
Director of Special Consular Services
U.S. Department of State
2100 Pennsylvania Ave., NW 4FL(SA-29)
Washington, D.C. 20520

    RE:    Request for FSIA 1608(a)(4) service of process
             Beer, et al. V. Islamic Republic of Iran, et al.
             Civil No. 1:06CV00473 (RCL)

Dear Mr. Betancourt:

    Enclosed please find all documents to be served upon the defendants in the above captioned case according to FSIA 1608(a)(4). I have enclosed two copies per defendant of summons, complaint, notice of suit, the translations into Farsi thereof, and the order from the U.S. District Court for the District of Columbia allowing us to proceed with service through FSIA 1608(a)(4).

    There are two defendants in this case, the Islamic Republic of Iran (to be served on the Ministry of Foreign Affairs) and the Iranian Ministry of Information and Security. The Notice of Suit and its attached Farsi translation track the language of the Annex to the relevant CFR section, and also attached is a copy of the Foreign State Immunities Act of 1976 (FISA).

    There is no FSIA 1608(a)(1) special arrangement or 1608(a)(2) international convention applicable to this case. According to the requirements of the FSIA 1608(a)(3), we have attempted to serve the defendants by DHL, but the delivery was refused by the defendants. Finally, I have enclosed two checks (one per defendant) in the

**RECEIVED**

JAN 2 9 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Edward A. Betancourt
January 28, 2007
Page 2

amount of $735 made to the American Embassy in Bern, Switzerland.

Please advise me and the Court by return mail that the Department of State has in fact begun the process of diplomatic service through the Swiss government.

If there are any questions please contact me immediately.

Sincerely yours,

Ji-yoon Ahn (on behalf of Barry Leibowitz)

Enclosures