06-473 (RCL)

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

Sent To: U.S. DEPT. OF STATE EDWARD BETANCOURT, DIRECTOR
Street, Apt. No.; or PO Box No.: 2100 PENNSYLVANIA AVE, NW 4TH FLOOR
City, State, ZIP+4: WASHINGTON, DC 20520

PS Form 3800, April 2002 — See Reverse for Instructions

7002 0860 0000 7774 0190

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

U.S. DEPARTMENT OF STATE
EDWARD BETANCOURT, DIRECTOR
OFFICE OF POLICY AND INTERAGENCY LIASON
OVERSEAS CITIZENS SERVICES
2100 PENNSYLVANIA AVENUE, NW
4TH FLOOR
WASHINGTON, DC 20520

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly): Edward Betancourt
B. Date of Delivery: 2/5/07
C. Signature: Edward A. Betancourt
☐ Agent  ☐ Addressee

D. Is delivery address different from item 1? ☐ Yes  ☐ No
   If YES, enter delivery address below:

3. Service Type
   ☐ Certified Mail   ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Copy from service label): 7002 0860 0000 7774 0190

PS Form 3811, July 1999   Domestic Return Receipt   102595-00-M-0952