

**United States Department of State**

*Washington, D.C. 20520*

June 18, 2007

Ms. Nancy Mayer-Whittington
United States District Court
For the District of Columbia
333 Constitution Avenue, N.W.
Washington, D.C. 20001

Re: Harry Beer, et al., v. The Islamic
Republic of Iran, et al., Case No. 1:06CV00473

Dear Ms. Mayer-Whittington:

I am writing regarding the Court's request for service of summonses, complaints and notices of suit pursuant to the Foreign Sovereign Immunities Act, 28 U.S.C. 1608(a)(4), upon defendants the Islamic Republic of Iran and the Iranian Ministry of Information and Security in the above mentioned lawsuit.

Because the United States does not maintain diplomatic relations with the government of Iran, the Department of State is assisted by the U.S. Interests Section of the Embassy of Switzerland in Teheran in delivering these documents to the Iranian Ministry of Foreign Affairs. The documents were transmitted to the Iranian Ministry of Foreign Affairs under cover of diplomatic notes, numbers 1067-IE and 1068-IE, dated and delivered April 22, 2007.

While the Iranian Ministry of Foreign Affairs returned the service documents to the Embassy of Switzerland, 28 U.S.C. 1608(c)(1) provides that service shall be deemed effective as of the date of transmittal indicated in the certified copy of the diplomatic note. We see no reason that the return of these documents should invalidate the effectiveness of service under 28 U.S.C. 1608(a)(4).

In accordance with the procedures established for the implementation of the Foreign Sovereign Immunities Act, I am enclosing copies of the documents transmitted as well as certified copies of the diplomatic notes used to transmit them to the Iranian Ministry of Foreign Affairs. For each defendant served this includes the authenticated certification of the Head of the U.S. Interests Section at the Swiss Embassy in Teheran and the certification of the Vice Consul of the U.S. Embassy in Bern.

Should you have any questions regarding this matter, please do not hesitate to contact me at (202) 736-9115.

Sincerely,

William P. Fitzlen
Attorney Adviser
Office of Policy Review and Interagency Liaison

Enclosures As Stated

Cc: Barry L. Leibowitz
Leibowitz and Band
2730 University Boulevard West
Suite 910
Wheaton, MD 20902