UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| ANNA BEER, et. al. | : | |
| | : | |
| Plaintiffs, | : | |
| | : | |
| v. | : | Civil Action 1:06CV00473 |
| | : | Judge Royce C. Lamberth |
| THE ISLAMIC REPUBLIC OF IRAN, et al. | : | January 31, 2008 10 a.m. |
| | : | |
| Defendants. | : | |

**MOTION FOR LEAVE TO APPEAR *PRO HAC VICE***

Come now, Plaintiffs, by and through counsel Barry L. Leibowitz of Leibowitz, Band & Jezic, LLC, and respectfully moves this Court to admit the *pro hac vice* appearance of Jonathan Paul Goldberg in the above caption matter. Mr. Goldberg is a member in good standing of the Pennsylvania and New Jersey State Bars. An affidavit by Mr. Goldberg pursuant to Rule 83.2 of this Court is attached as a supplement hereto in support of this motion.

Date: January 28, 2008

                                            Respectfully Submitted,

                                            /s/ Barry L. Leibowitz

                                            Barry L. Leibowitz, Esquire
                                            Bar No. 158949
                                            2730 University Boulevard West
                                            Suite 910
                                            Wheaton, MD 20902
                                            (301) 942-8378

                                            *Attorney for Plaintiffs*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
ANNA BEER, et. al.              :
                                :
Plaintiffs,                     :
                                :
    v.                          :    Civil Action 1:06CV00473
                                :    Judge Royce C. Lamberth
THE ISLAMIC REPUBLIC OF IRAN,   :    January 31, 2008 10 a.m.
et al.                          :
                                :
Defendants.                     :
```

### ORDER

Upon consideration of Plaintiffs' Motion for the *pro hac vice* admission of Jonathan Paul Goldberg, it is, this \_\_\_th day of _____, 2008, hereby

ORDERED that the motion is granted and Mr. Goldberg shall be admitted *pro hac vice*.

_____

Judge Royce C. Lamberth

United States District Judge