UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

HARRY BEER, et. al.         :
                            :
Plaintiffs,                 :
                            :
      v.                    :   Civil Action No1:06CV00473(RCL)
                            :   Judge Royce C. Lamberth
THE ISLAMIC REPUBLIC OF IRAN,:
et al.                      :
                            :
Defendants.                 :

**Affidavit of Jonathan Paul Goldberg in Support of
Motion To Enter His Temporary Appearance as a Non-Member
of the Bar of U.S. District Court for the District of Columbia**

I, Jonathan Paul Goldberg, hereby certify that all of the following are true and accurate:

A) That my current business address and telephone number are:

   (Jonathan Goldberg)
   Law Firm of Allen L. Rothenberg
   1420 Walnut St., 2nd Floor
   Philadelphia PA  19102
   267-515-5041;

B) That I am a licensed member in good standing of both the Pennsylvania and New Jersey State Bars;

C) That I have never been disciplined by either of those Bars;

D) That prior to Thursday, January 31, 2008, I have made exactly one appearance pro hac vice within the last two years, as counsel or otherwise, in the U.S. District Court for the District of Columbia;

E) That I neither practice law from an office within the District of Columbia nor have any pending application at this time to join the District of Columbia Bar.

_____              Jan. 28, 2008
Jonathan P. Goldberg, Esq.            Date