UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| ANNA BEER, et. al. | : |  |
|  | : |  |
| Plaintiffs, | : |  |
|  | : |  |
| v. | : | Civil Action 1:06CV00473 |
|  | : | Judge Royce C. Lamberth |
| THE ISLAMIC REPUBLIC OF IRAN, et al. | : | January 31, 2008 10 a.m. |
|  | : |  |
| Defendants. | : |  |

## Plaintiffs' Proposed List of Exhibits

COME NOW, Plaintiffs, by and through undersigned counsel, and hereto submit their proposed list of exhibits. The following is a proposed list of exhibits that Plaintiffs expect to introduce at the evidentiary hearing currently scheduled for January 31, 2008 at 10 a.m. Those exhibits currently available for Electronic Case Management filing via PDF format are attached hereto as a supplement. Those exhibits not currently available will be furnished at trial.

1. Deposition Testimony of Patrick Clawson
2. 31 C.F.R. § 596.201 (2003) designating Defendant Iran as a state sponsor of terrorism
3. Excerpts from State Department, <u>Patterns of Global Terrorism 2003</u>, April 2004
4. Alan Beer's Death Certificate
5. Photograph from scene of attack of June 11, 2003 bombing
    a. Scene of attack (1)
    b. Scene of attack (2)

    c. Scene of attack (3)

6. Reports and news articles of the June 11, 2003 bombing

    a. June 14, 2003, New York Times article (Excerpt from Exhibit 6-c)

    b. June 13, 2003, Jerusalem Post article (Excerpt from Exhibit 6-c)

    c. Harry Beer's scrapbook of articles and cards (To be presented in open court)

7. Photographs of Alan Beer's funeral

    a. Loved ones gathered at the funeral

    b. Close up of family members

8. Photographs of Alan Beer's grave

    a. Alan's tombstone

    b. Dov by Alan's grave

9. Collection of childhood and family photographs

10. Photographs of Anna Beer, Alan's mother, remembering Alan in her home

    a. Anna by Alan's artwork

    b. Family collage which always includes Alan

    c. High school graduation portraits

11. Alan Beer's Probate Certificate and Voting Registration Form

Date:     January 29, 2008

                                          Respectfully Submitted,

                                          _____/s/_____
Barry L. Leibowitz
Bar No. 158949
2730 University Boulevard West
Suite 910
Wheaton, MD 20902
(301) 942-8378

*Attorney for Plaintiffs*