```
              UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF COLUMBIA
```

ANNA BEER, et. al.                    :
                                      :
Plaintiffs,                           :
                                      :
    v.                                :     Civil Action 1:06CV00473
                                      :     Judge Royce C. Lamberth
THE ISLAMIC REPUBLIC OF IRAN,         :     January 31, 2008 10 a.m.
et al.                                :
                                      :
Defendants.                           :

### Notice of Filing of Lengthy Exhibit

Exhibits 1, 3, 4, 6A, 6B, 7B, which are attachments to Plaintiff's Proposed Exhibit List exist only in paper format and are longer than fifteen pages or, if scanned will be larger than 1.5 MB. It will be filed with the Clerk's Office in paper format and as PDF files recorded on a CD-R.

I certify that within 24 hours of the filing of this Notice, I will file paper copies of the document identified above. The Clerk has entered an entry of default for the Defendants in this case.

Date:    January 29, 2008


                                      Respectfully Submitted,


                                      _____/s/_____
                                      Barry L. Leibowitz
                                      Bar No. 158949
                                      2730 University Boulevard West
                                      Suite 910
                                      Wheaton, MD 20902
                                      (301) 942-8378

                                      *Attorney for Plaintiffs*