**§ 596.101**

**31 CFR Ch. V (7–1–03 Edition)**

### Subpart E—Licenses, Authorizations and Statements of Licensing Policy

596.501  Effect of license or authorization.
596.502  Exclusion from licenses and authorizations.
596.503  Financial transactions with a Terrorism List Government otherwise subject to 31 CFR chapter V.
596.504  Certain financial transactions with Terrorism List Governments authorized.
596.505  Certain transactions related to stipends and scholarships authorized.

### Subpart F—Reports

596.601  Records and reports.

### Subpart G—Penalties

596.701  Penalties.

### Subpart H—Procedures

596.801  Procedures.
596.802  Delegation by the Secretary of the Treasury.

### Subpart I—Paperwork Reduction Act

596.901  Paperwork Reduction Act notice.

AUTHORITY: 18 U.S.C. 2332d; 31 U.S.C. 321(b).

SOURCE: 61 FR 43463, Aug. 23, 1996, unless otherwise noted.

### Subpart A—Relation of This Part to Other Laws and Regulations

**§ 596.101  Relation of this part to other laws and regulations.**

(a) This part is separate from, and independent of, the other parts of this chapter with the exception of part 501 of this chapter, the recordkeeping and reporting requirements and license application and other procedures of which apply to this part. Differing foreign policy and national security contexts may result in differing interpretations of similar language among the parts of this chapter. Except as otherwise authorized in this part, no license or authorization contained in or issued pursuant to those other parts authorizes any transaction prohibited by this part. Except as otherwise authorized in this part, no license or authorization contained in or issued pursuant to any other provision of law or regulation authorizes any transaction prohibited by this part. *See* § 596.503.

(b) No license or authorization contained in or issued pursuant to this part relieves the involved parties from complying with any other applicable laws or regulations.

[61 FR 43463, Aug. 23, 1996, as amended at 62 FR 45112, Aug. 25, 1997]

### Subpart B—Prohibitions

**§ 596.201  Prohibited financial transactions.**

Except as authorized by regulations, orders, directives, rulings, instructions, licenses, or otherwise, no United States person, knowing or having reasonable cause to know that a country is designated under section 6(j) of the Export Administration Act, 50 U.S.C. App. 2405, as a country supporting international terrorism, shall engage in a financial transaction with the government of that country. Countries designated under section 6(j) of the Export Administration Act as of the effective date of this part are listed in the following schedule.

SCHEDULE:

Cuba.
Iran.
Iraq.
Libya.
North Korea.
Sudan.
Syria.

**§ 596.202  Evasions; attempts; conspiracies.**

Any transaction for the purpose of, or which has the effect of, evading or avoiding, or which facilitates the evasion or avoidance of, any of the prohibitions set forth in this part, is hereby prohibited. Any attempt to violate the prohibitions set forth in this part is hereby prohibited. Any conspiracy formed for the purpose of engaging in a transaction prohibited by this part is hereby prohibited.

### Subpart C—General Definitions

**§ 596.301  Donation.**

The term *donation* means a transfer made in the form of a gift or charitable contribution.