

**1959**

**Cooki and Alan at the Beach**





**1959**
Alan and Cooki

**1960**
Sue, Lenny, Cooki and Alan in the front yard.





**1965**

**Alan and Cooki with cousin Mimi on our Trip to New York**

1



**1969**

**Dad, Mom
Alan and Sue at
Cooki's High School
Graduation**



**1972 – 1974**

**Various High School
Portraits of Alan**





**1974**
**Getting together before Cooki and Howie's wedding at Uncle Gabe's house in Jerusalem.**

**L to R: Cooki, Mindy, Moishie, Alan holding Eli Beer and Howie playing piano.**



**1974**

**Howie and Alan dancing at the wedding**



**1974**

**Family Picture at the Wedding**

**L to R: Alan, Grandpa Plutzer, Dad, Howie, Cooki, Mom, Grandma Beer**



**1974**

**Our family trip to Hebron after the wedding.**

**L to R: Grandma Beer, Dad, Cooki, Mom, Alan.**



**Portrait of Alan taken some time around 1980.**

**(Perhaps college graduation)**



1981

Alan made aliyah for the first time and initially lived with us in Alon Shvut.

(R) Alan holding Simmy

(L) Alan with Simmy and Dovie

Below:
(R) Alan and Cooki
(L) Alan with Dovie and Simmy









**1985 Rosh Ha-shana card from Alan – To this day, saved in the mail "inbox" next our front door.**



**December 1989 at Lenny and Penny's house celebrating Charlie's Bar Mitzvah.**

**L to R: Sue, Mom, Alan**



**At Charlie's Bar Mitzvah**
**Back Row: L to R: Lenny, Howie**
**Middle: Penny, Cooki, Sue**
**Front: Alan, Mom, Dad.**

**This picture was taken just three weeks before Dad passed away.**



**Alan and Cooki having a few laughs in the kitchen at the synagogue preparing for Charlie's Bar Mitzvah.**



**August 1993**

**Candle lighting ceremony at Uzi's Bar Mitzvah.**

**Alan and Cooki with Uzi**



**September 1994**

**Mom and Alan at our house in Israel for Akiva's Bar Mitzvah.**

**Dovie in IDF uniform.**



**September 1994**

**Family picture taken at Akiva's Bar Mitzvah in Jerusalem.**

**L to R:  Back Row: Chuck Kleinhaus, Alan, Menachem Carroll, Sue a.k.a. Esther Sarah Carroll, Mom, Aunt Chaya
Front Row: Tami Kleinhaus, Isadore Friedman, Natalie Friedman, Tante Esther Kleinhaus**



**Akiva's Bar Mitzvah**

L to R: Back Row: Yonah, Charlie, Alan, Howie
Front Row: Mom, Akiva, Cooki



**September 1994**

Family out to dinner during visit for Akiva's Bar Mitzvah.

L to R: Alan, Mom, E.S. and Menachem Carroll, Tali, Avigayil



**September 1997**

At home in Jerusalem. Family gathered for Yoni's Bar Mitzvah.

L to R: Shira, Alan, Lenny, Howie



**September 1997**

Yoni's Bar Mitzvah Celebration

Lenny, Cooki, Mom and Alan



**March 1999**

Shira's Bat Mitzvah Celebration

L to R: Uncle Gabe, Irving, Uzi, Alan, Mindy, Aunt Chaya



**December 1999**

Simmy's Engagement Party

Alan in background talking to a friend. Simmy's friends in foreground

| | |
|---|---|
|  | **December 1999**<br><br>**Simmy's engagement party**<br><br>**Alan together with Yoni, Shira and Avigayil** |
|  | **February 2000**<br><br>**Simmy's wedding**<br><br>**Back Row: L to R: Lenny, Uzi, Alan, Howie, Cooki, Charlie**<br><br>**Middle: Tali, Shira, Simmy, Mom, Penny, Lorraine, Akiva, Dovie, Yoni**<br>**Front: Elya, Aviga;yil, Yaakov** |
|  | **February 2000**<br><br>**Simmy's wedding**<br><br>**Alan in conversation with Howie and our friend Dov Rubin** |

 

**A card that Alan sent together with the bunny rabbits for Shira and Avigayil and the seashells he brought us from Hawaii.**



**The Barbie Kitchen that Alan bought for our daughters Simmy & Tali, and whose children play with it today.**

11