# PROBATE COURT OF CUYAHOGA COUNTY, OHIO
JOHN J. DONNELLY, Presiding Judge
JOHN E. CORRIGAN, Judge

ESTATE OF:     **Alan H. Beer**, DECEASED

Case Number:     **2003 EST 0081232**

## ENTRY APPOINTING FIDUCIARY; LETTERS OF AUTHORITY
(For Executors and all Administrators)

Name of Fiduciary:  **Harry L. Beer**

On hearing in open court the application of the above fiduciary for authority to administer decedent's estate, the Court finds that:

Decedent died **(check one of the following)** - ☐ testate ■ intestate - on **06/11/2003, domiciled in University Hts., OH 44118**.

**(Check one of the following)** - ☐ Bond is dispensed with by the Will - ☐ Bond is dispensed with by law - ■ Applicant has executed and filed an appropriate bond, which is approved by the Court; and

Applicant is a suitable and competent person to execute the trust.

The court therefore appoints applicant as such fiduciary, with the power conferred by law to fully administer decedent's estate. This entry of appointment constitutes the fiduciary's letters of authority.

| | |
|---|---|
| **02/13/2004** | **John J. Donnelly** |
| Date appointed | Probate Judge |

### CERTIFICATE OF APPOINTMENT AND INCUMBENCY

The above document is a true copy of the original kept by me as custodian of the records of this Court. It constitutes the appointment and letters of authority of the named fiduciary, who is qualified and acting in such capacity.

John J. Donnelly
Probate Judge

(Seal)

Deputy Clerk

February 13, 2004
Issue Date

**OFFICIAL NOTICE:** Voters must bring identification to the polls in order to verify identity. Identification may include a current and valid photo identification, a military identification that shows the voter's name and current address, or a copy of a current utility bill, bank statement, government check, paycheck, or other government document, other than this reminder or a voter registration notification, that shows the voter's name and current address. Voters who do not provide one of these documents will still be able to vote by providing the last four digits of the voter's social security number and by casting a provisional ballot. Voters who do not have any of the above forms of identification, including a social security number, will still be able to vote by signing an affirmation swearing to the voter's identity under penalty of election falsification and by casting a provisional ballot (ORC 3501.19).

# Vote by Mail
# Ballot Application Enclosed
# for the
# Presidential Primary Election
# Tuesday, March 4, 2008

**Important Voting Information for the March 4th Presidential Primary Election**

\* If your polling location changes the Board of Elections will notify you by mail prior to the Election.

YOUR VOTING LOCATION IS:
TEMPLE EMANU EL
2200 SOUTH GREEN ROAD
UNIVERSITY HEIGHTS WARD 00
PRECINCT K

1917420



CUYAHOGA COUNTY
BOARD OF ELECTIONS
2925 Euclid Avenue
Cleveland, Ohio 44115-2497


OFFICIAL ELECTION MAIL
Authorized by the U.S. Postal Service

**Return Service Requested**

PRESORTED
FIRST-CLASS MAIL
U.S. POSTAGE
PAID
CLEVELAND, OHIO
PERMIT NO. 3452

1917420
11

Alan H. Beer
4377 Churchill Boulevard
University Hts OH 44118-3911