```
              UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF COLUMBIA
```

ANNA BEER, et. al.                      :
                                        :
Plaintiffs,                             :
                                        :
    v.                              :    Civil Action 1:06CV00473
                                        :    Judge Royce C. Lamberth
THE ISLAMIC REPUBLIC OF IRAN,           :    January 31, 2008 10 a.m.
et al.                                  :
                                        :
Defendants.                             :

## PRECAEPE

Attached are additional supplemental attachments to Plaintiff's Proposed Exhibit List. The PDF file size of these Exhibits 1, 3, 4, 6A, 6B, and 7B were previously too large to be uploaded with the original filing. They have been re-formatted and are being attached hereto.

Date:    January 30, 2008


                                          Respectfully Submitted,


                                          _____/s/_____
                                          Barry L. Leibowitz
                                          Bar No. 158949
                                          2730 University Boulevard West
                                          Suite 910
                                          Wheaton, MD 20902
                                          (301) 942-8378

                                          *Attorney for Plaintiffs*