1

```
            IN THE UNITED STATES DISTRICT COURT
                FOR THE DISTRICT OF COLUMBIA

- - - - - - - - - - - - - - - -x
STEVEN GREENBAUM, ET AL.        :
         Plaintiffs             :
vs.                             :   No. 02-2148
THE ISLAMIC REPUBLIC OF IRAN,   :
ET AL.
         Defendants             :
- - - - - - - - - - - - - - - -x
```



ORIGINAL

                    May 24, 2006

                    Washington, D.C.

DE BENE ESSE DEPOSITION OF:

            PATRICK CLAWSON

    was called for examination by counsel for the Plaintiffs, pursuant to notice, taken at 1828 L Street, N.W., Suite 1050, Washington, D.C., commencing at 10:36 a.m., before Misty Klapper, a Notary Public in and for the District of Columbia, when were present on behalf of the respective parties:

MISTY KLAPPER AND ASSOCIATES
(703) 780-9559



PLAINTIFF'S EXHIBIT 1

```
 1   APPEARANCES:

 2           BARRY LEIBOWITZ, ESQ.
             Leibowitz, Band & Jezic
 3           2730 University Boulevard West
             Suite 910
 4           Wheaton, Maryland  20902
             COUNSEL FOR THE PLAINTIFFS
 5

 6

 7

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22
```

```
 1                    C O N T E N T S
 2  WITNESS:              EXAMINATION BY:    PAGE:
 3  Patrick Clawson       Mr. Leibowitz      3
 4
 5
 6
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
```

```
 1                    P R O C E E D I N G S
 2   Whereupon:
 3                    PATRICK CLAWSON,
 4        was called for examination, and, after
 5   being duly sworn, was examined and testified as
 6   follows:
 7            EXAMINATION BY COUNSEL FOR THE PLAINTIFFS
 8        BY MR. LEIBOWITZ:
 9        Q.   Can you give us your full name for the
10   record?
11        A.   My name is Patrick Lyell, L-Y-E-L-L,
12   Clawson.
13        Q.   And where are you employed?
14        A.   I am the Deputy Director for Research at
15   the Washington Institute for Near East Policy, 1828 L
16   Street, Suite 1050, Washington, D.C.
17        Q.   Now, the term Near East and Middle East,
18   can you explain what geographic areas are covered by
19   Near East as it's used in your employer's name?
20        A.   The U.S. Government has generally
21   referred to this region -- the region often called the
22   Middle East -- as the Near East.  The terms are,
```

1  essentially, identical.  And in our use it extends
2  from Iran all the way to Morocco on the west.
3      Q.   What does the Washington Institute for
4  Near East Policy do?
5      A.   We are a classic example of a think tank;
6  that is to say, we prepare reports, shorter analyses
7  of developments in the Middle East that could
8  influence U.S. policy towards that region and we put
9  on conferences and luncheon events about issues of
10 concern to U.S. policy in the Middle East.
11     Q.   And what are your duties with the
12 Institute?
13     A.   I'm responsible for directing the
14 research program of the Institute.  I supervise our
15 senior fellows, who do our research.
16     Q.   Now, Dr. Clawson, you're going to be
17 supplying us with a copy of your CV and which I'm
18 going to mark as Exhibit 15, but I'm somewhat familiar
19 with it.  I want to ask you a couple of questions
20 about it.
21          What degrees do you hold?
22     A.   I hold a Bachelor of Arts degree, a