6

1     Master of Arts degree and a Doctorate of Philosophy

2     degree, Ph.D.

3          Q.    What universities are those from?

4          A.    The Bachelor of Arts degree is from

5     Oberlin College, Oberlin, Ohio.  The Master of Arts

6     and Doctorate of Philosophy are from the New School

7     for Social Research in New York City.  They are all in

8     economics.

9          Q.    Okay.  Now, you were previously employed

10    by the World Bank and the International Monetary Fund;

11    is that correct?

12         A.    That is correct.

13         Q.    What languages do you speak?

14         A.    My Persian or Farsi and my French are

15    quite good.  And, in addition, I have passable German,

16    Spanish and Hebrew.

17         Q.    Okay.  And have you published articles,

18    treatises and books regarding the Middle East and, in

19    particular, with regard to Israel, the Palestinians,

20    Iran?

21         A.    That is correct.

22         Q.    And does this also include in these books

MISTY KLAPPER AND ASSOCIATES
(703) 780-9559

1    portions that discuss such groups as Hamas, Hezbollah,

2    Palestinian Islamic Jihad?

3         A.    That is correct.

4         Q.    Have you testified before Congress

5    regarding current issues involving Iran?

6         A.    Yes, sir.

7         Q.    By current, I mean since the time that

8    the Shah was deposed and the new government was

9    formed?

10        A.    Oh, yes, sir.  In fact, I testified

11   before Congress last week on the Senate Foreign

12   Relations Committee.

13        Q.    And you've appeared at various symposiums

14   and spoken on various issues involving Iran?

15        A.    Numerous times, sir.

16        Q.    This deposition is being taken in a

17   matter that's before the U.S. District Court for the

18   District of Columbia.

19             Am I correct that you appeared previously

20   as an expert witness before that court?

21        A.    That is correct.

22        Q.    And is that also in cases that were

1   involving terrorist organizations sponsored by Iran,

2   such as the Flatow case?

3          A.    Correct, sir.

4          Q.    And you also appeared and gave testimony

5   in the Elahi case, E-L-A-H-I, the Terry Anderson case

6   and the Rafii case, R-A-F-I-I?

7          A.    Yes, sir, in all three of those.

8          Q.    Now, does the Institute also study as

9   part of this geographic area issues of terrorism

10  itself which are prevalent in the area?

11         A.    Yes, sir.

12         Q.    Does it include in its studies

13  organizations responsible for carrying out terrorist

14  acts?

15         A.    Yes, sir.

16         Q.    And do you include in what you review

17  those states or governments which provide material

18  support to these terrorist organizations?

19         A.    Yes, sir.

20         Q.    And as a result of your work here, have

21  you become familiar with issues such as the groups

22  responsible for terrorist acts in Israel?

1    A.    Oh, yes, sir.  Indeed, if I may say so,

2    and particularly the Hamas group, that the Institute

3    just recently sponsored the publication by Yale

4    University Press of a study of the Hamas group by

5    Matthew Levitt, L-E-V-I-T-T, who was a senior fellow

6    here at the time he wrote it and is now Deputy

7    Assistant Secretary for Intelligence and Analysis in

8    the U.S. Department of Treasury.

9         It is a detailed study of Hamas and where

10   it gets its financing and support from.  And I

11   supervised Matt while he was writing this study.

12   Q.    Now, in addition to the issue of funding

13   itself, are you familiar with, as part of the

14   research, the provision of material support to Hamas,

15   Hezbollah, Palestinian Islamic Jihad in forms other

16   than just monetary support?

17   A.    Yes, sir.  That would include, for

18   instance, training, the provision of safe haven, the

19   provision of medical assistance to wounded people and

20   the provision of weapons.

21   Q.    Okay.

22        MR. LEIBOWITZ:  So now, for the record, I

MISTY KLAPPER AND ASSOCIATES
(703) 780-9559

1    would offer Dr. Clawson as an expert in the Near East

2    with regard to terrorism, terrorist organizations,

3    Iran and Iran's provision of material support to such

4    organizations.

5                    BY MR. LEIBOWITZ:

6            Q.    Now, you've already indicated as part of

7    your duties here you've become familiar with

8    particular terrorist events.  We're here today about

9    the event involving the death of Judith Greenbaum.

10                   Are you familiar with the August 9th 2001

11   bombing at the Sbarro restaurant?

12           A.    Yes.

13           Q.    Now, as part of what you do, are you also

14   familiar with the yearly reports by the U.S.

15   Department of State titled Patterns of Global

16   Terrorism?

17           A.    Correct.

18           Q.    And have you had occasion to look at the

19   one for the year 2001?

20           A.    Yes, sir.

21           Q.    Okay.  That's considered an official

22   publication of the United States Government; is that

                    MISTY KLAPPER AND ASSOCIATES
                        (703) 780-9559