1   correct?

2       A.   Indeed.  It is a very carefully prepared
3   publication, which is used as a reference document by
4   those working on terrorism precisely, because it's
5   worked out in such great detail.

6       Q.   All right.  So now I want to show you
7   what's been marked as Exhibit 16.  And you have
8   reviewed this previously with me.  It's excerpts of
9   the 2001 report; is that correct?

10      A.   Yes, sir.

11      Q.   Can you tell us what this report says
12  about the incident involving Miss Greenbaum?

13      A.   I'm going to the particular page where
14  the reference is made.  The report says that on
15  August -- on 9 August Hamas mounted a suicide attack
16  in a Jerusalem pizzeria, killing 15 persons and
17  wounding more than 60 others.  The report makes other
18  references to the event, all in the same vein.

19      Q.   And does it also list, specifically that
20  year, Miss Greenbaum and a woman by the name --
21  actually, a child by the name of Malka Roth?

22      A.   Correct, sir.

1  Q. Now --

2  A. It says in Jerusalem -- on 9 August in
3  Jerusalem a suicide bomber walked into a busy downtown
4  restaurant and detonated a ten-pound bomb he was
5  wearing, killing 15 persons, including U.S. citizens
6  Judith Greenbaum and Malka Roth.

7  Q. Malka is M-A-L-K-A, correct?

8  A. Correct.

9  Q. Now, does it also discuss who the United
10 States Government indicates is the responsible party
11 for this?

12 A. Yes, it's -- well, it says that Hamas
13 mounted the suicide attack.

14 Q. And is Hamas also listed as a terrorist
15 organization in the 2001 report?

16 A. Correct, sir.

17 Q. And at that time was Iran also listed in
18 the report as a state sponsor of terrorism?

19 A. Yes.

20 Q. Did it indicate in the report what the
21 U.S. Government identifies as the types of support
22 supplied by Iran to Hamas in particular?

1    A.    Yes. It says Iran continued to provide
2 Lebanese Hezbollah and the Palestinian rejectionist
3 groups, notably Hamas, the Palestinian Islamic Jihad
4 and the PFLP-GC, with varying amounts of funding, safe
5 haven, training and weapons.
6    Q.    All right. Now, as part of your past
7 research have you ever reviewed Israeli police files
8 regarding terrorist incidents?
9    A.    Yes, sir.
10   Q.    And are you able to recognize one or
11 excepts of one when you see it?
12   A.    Yes.
13   Q.    Your Hebrew is passable, I take it, to do
14 that much for sure?
15   A.    Yes, sir.
16   Q.    I want to show you what I've marked as
17 Exhibit 17. Can you just identify for the record what
18 that is?
19   A.    This is an Israeli police report about
20 the bombing at the Sbarro restaurant.
21   Q.    Okay. And just broadly, does it
22 reference also Miss Greenbaum as a victim?

14

1   A.  Yes, sir.

2   Q.  Okay.

3   MR. LEIBOWITZ:  I would move Exhibit 17
4   into evidence.

5   BY MR. LEIBOWITZ:

6   Q.  And I would ask you, did you request
7   someone from your staff to provide a translated
8   synopsis of this report?

9   A.  Correct, sir.

10  Q.  And is that what I've shown you marked as
11  Exhibit 18?

12  A.  That is correct, sir.

13  Q.  And have you reviewed that and compared
14  it to the report and do you believe it to be accurate?

15  A.  Yes, sir.  I can't swear to the accuracy
16  of some of the material about the handwritten things,
17  because some of the handwriting I find is
18  absolutely -- well, difficult to decipher; but on
19  everything that I can make out, it is completely
20  accurate.

21  Q.  Okay.

22  MR. LEIBOWITZ:  Now I'd move into

MISTY KLAPPER AND ASSOCIATES
(703) 780-9559

1   evidence Exhibit 18.
2           BY MR. LEIBOWITZ:
3       Q.  Can you tell us what the Israeli police
4   file contains as relevant to the Shoshana Greenbaum
5   case, Exhibit 17 and 18?
6       A.  The report includes a lot of information
7   about Judith Lillian Greenbaum, including a list of
8   objects found at Sbarro that includes her driver's
9   license and credit cards, and a list of those who were
10  killed, which includes her.
11          And it also includes a number of reports
12  from a hospital, the Bikur, B-I-K-U-R, Cholim,
13  C-H-O-L-I-M, Hospital to where her -- she was taken
14  and various reports from that hospital about her being
15  admitted, about -- and her being discharged as dead
16  and about the attempts to -- unsuccessful attempts to
17  save her life.
18      Q.  Okay.  Does it also contain information
19  and, in fact, documents that help identify the
20  particular bomber in this incident?
21      A.  Correct, sir.
22      Q.  And tell us about that.