1    A.    Well, it includes the suicide bomber's
2 identification certificate, which was issued to Izz,
3 I-Z-Z, al-Din, A-L hyphen D-I-N, Shuheil.  Well, they
4 spell it S-H-U-H-E-I-L, Ahmed, A-H-M-E-D, Masri,
5 M-A-S-R-I, and also various other documents from him,
6 like his student I. D. and -- and also pictures and
7 analyses of the guitar, Pearl River guitar, in which
8 the bomb -- he was carrying the bomb and materials
9 about the detonator that was used, the canvas bag in
10 which the guitar was carried and so on.
11    Q.    Does the report also indicate that the
12 bomb contained both nails and bolts?
13    A.    Correct, sir.
14    Q.    Is that a fairly common construction of
15 the bombs that you've seen?
16    A.    Since this bombing, since about the time
17 of this bombing, it became quite common.  It was
18 relatively new at this time.
19    Q.    As I understand it, there's also an
20 expert report in there about the presence of an
21 explosive material called by the acronym T-A-T-P; is
22 that correct?

17

1  A.  That's correct.

2  Q.  And in the portion of the file that we
3  gave you from the police department, it also contains
4  the picture of one individual, is that correct, at the
5  back of the file?

6  A.  I think that there's only one individual,
7  but it does contain the picture of an individual, yes.

8  Q.  Okay. And is the identification card,
9  not the student one, is that a Palestinian
10 identification card, Palestinian Authority card?

11 A.  There is an identification card for Izz
12 al-Din Shuheil Ahmed Masri. I believe it's on page
13 29.

14 Q.  Thank you.

15 A.  Sorry. I'm sorry, no, page 31. I'm
16 sorry.

17 Q.  Yes, and all I want to ask you is, is
18 that a Palestinian identification card that contains a
19 photograph, as well as the person's name?

20 A.  Correct.

21 Q.  Okay.

22 A.  Palestinian Authority identification

MISTY KLAPPER AND ASSOCIATES
(703) 780-9559

1  card.

2      Q.   Now, do you have an opinion as to who the
3  responsible terrorist organization was for this
4  particular bombing?

5      A.   Absolutely.

6      Q.   And who was that and can you tell us how
7  certain you are of that?

8      A.   Well, the group Hamas. And there are
9  many reasons to think that the group Hamas was
10 responsible for this; for instance, that a living will
11 videotape of the bomber made by the bomber beforehand
12 in which he describes himself as being a member of
13 Hamas and says he's going to carry out a suicide
14 bombing; the description after the bombing by the
15 bomber's father of his son as being a member of Hamas;
16 and, furthermore, the court evidence and the
17 interviews with the two individuals who were
18 subsequently arrested for having helped the bomber
19 identify the target and get him to the target in which
20 they describe themselves as members of Hamas; and,
21 indeed, as recently as last year continue to describe
22 themselves as members of Hamas and proud of what they

1  had done in carrying out the bombing.
2       Q.   Now, those two individuals, is one of
3  them a woman by the name of Ahlam Tamin, A-H-L-A-M,
4  T-A-M-I-M?
5       A.   That's correct.
6       Q.   She was the student?
7       A.   She also -- she has a longer version of
8  her name as well, but, yes, that is her name.
9       Q.   Okay. And she was the student at Birzeit
10 University near Ramallah?
11      A.   That's correct.
12      Q.   And she's the one who admitted guiding
13 the bomber into Sbarro after scouting out the location
14 the evening before?
15      A.   Indeed, is proud describing herself as
16 having done that.
17      Q.   Now, there's also a man -- and I think
18 this may be the second person you're referring to --
19 whose name is Muhammad Douglas. And I've seen it
20 spelled as the American version, D-O-U-G-L-A-S.
21           Is he the second person you were
22 referring to?

1    A.    That is correct.

2    Q.    What is his correct last name?

3    A.    Well, his correct last name -- it's an
4 Arabic last name, which I admit sounds very similar to
5 Douglas, but it's Daghlas. The Arabic scholar in me
6 would want to translate it as D-A-G-H-L-A-S. It
7 happens to sound like the American name Douglas, but
8 it's not an American name.

9    Q.    And the first two points that you made
10 about the living will and the interviewed father,
11 those were on public television throughout the region;
12 is that correct?

13    A.    Yes. And as I say, these people continue
14 to -- continued as of last year -- to proudly describe
15 themselves as having been responsible, proudly
16 describe themselves as having been responsible for
17 this.

18    Q.    And, lastly, my understanding is, and you
19 can correct me if I'm wrong, that after most of these
20 attacks, groups that are responsible often actually
21 acknowledge their responsibility on websites; is that
22 common?