1  A.  Yes. Yes. That has been common. But to
2  be frank, sometimes groups take responsibility for
3  things they did not do.
4  Q.  Okay. So you rely on more than just the
5  website?
6  A.  I would rely on more than just the
7  website.
8  Q.  Okay. Now, have you ever viewed the CNN
9  program titled Impact of Terror?
10 A.  Correct.
11 Q.  What is that program about?
12 A.  It is about the victims of the Sbarro
13 bombing. It's about the Sbarro bombing and the
14 victims of the Sbarro bombing.
15 Q.  Does that contain -- we've introduced
16 that previously as an exhibit for the court in the
17 form of a DVD.
18    Do the pictures on there show the actual
19 scene at the time it occurred after it occurred?
20 A.  It shows, indeed, the bombing site very
21 shortly after the bombing. There was a photo
22 journalist who came along very shortly afterwards.

1    Q.    And does that program have facts in it
2 that tie it both to Exhibit 16, the Patterns of Global
3 Terrorism, and Exhibit 17, the police file?
4    A.    Yes, sir. The focus of the -- the CNN
5 report is about the victims. That's not the principal
6 focus of the Patterns of Global Terrorism. But, for
7 instance, a great deal of the -- of the CNN report is
8 about one of the two U.S. citizens named in the
9 Patterns of Global Terrorism as having been killed.
10    Q.    That's Malka Roth?
11    A.    Malka Roth, correct, sir.
12    Q.    And does the program also contain
13 photographs of the parts of the bomb that are
14 consistent with the --
15    A.    It contains photographs of a guitar,
16 which is described as a Pearl River guitar -- although
17 what I know about guitars is definitely limited -- and
18 certainly what it -- the pictures that it shows are
19 consistent with what the police report says, namely
20 the nuts and bolts, as well as the explosive charge.
21    Q.    Now, we have seen regularly on TV and in
22 the press various persons express the view that Iran

1  has been a state sponsor of terrorism. And that's the
2  view of the U.S. Government in its 2001 Patterns of
3  Global Terrorism report?
4       A.    Correct, sir.
5       Q.    Is that your view as well?
6       A.    Absolutely, sir.
7       Q.    Can you tell us, are you familiar, first
8  of all, also with what is known by the acronym MOIS,
9  M-O-I-S?
10      A.    Yes.
11      Q.    What is that?
12      A.    That is an acronym for the Ministry of
13 Intelligence and Security in Iran.
14      Q.    And does that organization also play a
15 role in the provision of material support?
16      A.    Yes, sir, including material support to
17 Hamas.
18      Q.    Yes. Can you tell us, first generally,
19 what evidence there is of Iran's provision of material
20 support to Hamas and other terrorist groups?
21      A.    Well, for the terrorist groups the
22 Palestinian Islamic Jihad and Hezbollah groups listed

1    by the U. S. Government as terrorist organizations,
2    Iranian leaders and leaders of those two organizations
3    proudly describe Iran's material assistance, including
4    training and financial support.
5         With Hamas, the statements are -- the
6    evidence is more what we get from analysts and
7    intelligence services who provide us with a great deal
8    of information about the financial and material
9    support.
10        Q.    Now, is there one such reference to that
11   sort of intelligence information in the book Hamas
12   that you referenced in your earlier part of your
13   testimony?
14        A.    Well, there are numerous such references.
15   Let me just cite one example.  The Canadian
16   Government's Secret Intelligence Service, SIS,
17   reported that in February 2009, Palestinian -- excuse
18   me, February 1999 -- Palestinian police discovered
19   documents that attest to the transfer of $35,000,000
20   to Hamas from the Iranian intelligence service, MOIS,
21   money reportedly meant to finance terrorist activities
22   against Israeli targets.

MISTY KLAPPER AND ASSOCIATES
(703) 780-9559

1  　　　　　　　The book also cites Palestinian sources
2  which estimate Iranian assistance to Hamas, quote, at
3  tens of millions of dollars, end quote.  The report --
4  this book also goes on to refer to a large number of
5  documents from the Palestinian Authority, which the
6  Israeli government captured when it entered the West
7  Bank in 2002.  Those documents are available on a
8  website, to which the book refers, and material which
9  is in this Plaintiff's Exhibit 19.
10 　　　Q.　　Okay.  Now, that's what I was going to
11 ask you next.
12 　　　　　　　What is Plaintiff's Exhibit 19?
13 　　　A.　　Well, Plaintiff's Exhibit 19 is a
14 printout from this website, which includes a lot of
15 information about Iranian support for terrorism.
16 　　　Q.　　Who is the website run by?
17 　　　A.　　Well, the -- this intelligence and
18 terrorism information center at the Center for Special
19 Studies, which is a nongovernmental organization run
20 by a former Israeli intelligence official.
21 　　　Q.　　Okay.  And does the website have on it
22 evidence of documents seized by the Israelis through