1  the Palestinian Authority?
2      A.    That is correct. And I have seen a
3  number of these documents provided directly by the
4  Israeli Government to Dr. Levitt as well.
5      Q.    And the thing about this website in
6  Exhibit 19 is that there are actually available for
7  the court to look at pictures of the actual seized
8  documents?
9      A.    Correct. They scan the documents and
10 have the actual -- have these documents.
11     Q.    Okay. Do you consider all those
12 documents and the research of Dr. Levitt to be
13 reliable?
14     A.    Yes, sir. Note that I'm not saying
15 that -- I'm not necessarily agreeing with everything
16 that's said in Plaintiff's Exhibit 19. Some of their
17 statements I wouldn't necessarily fully endorse
18 without additional research.
19     Q.    Well, let me ask you this, though, is
20 what's in there reliable at least as to the issue of
21 whether or not Iran has been providing support to
22 Hamas?

1   A.   That is very reliable. And the -- the
2   scanned documents are very reliable and the
3   description that they provide for the scanned
4   documents is very reliable.
5   Q.   And the two chapters that we have
6   included are the ones titled Iran As a Sponsoring
7   State and Overview in Iranian Aid to Palestinian
8   Terror, correct?
9   A.   Correct.
10  Q.   And can you just tell us, do you have an
11  opinion as to whether Iran supplied material support
12  to Hamas in 2001 around the time of the Sbarro
13  bombing?
14  A.   Oh, very actively. That was the time
15  when -- after the start of the Palestinian uprising
16  known as the Intifada, I-N-T-I-F-A-D-A, in the fall of
17  2000 when Iranian support for Hamas was at fever
18  pitch.
19  Q.   I want to go back to the CNN Exhibit 13
20  that's already been introduced in court. A large
21  portion of that program involves interviews with
22  victims, children, adults and relatives of those

1  killed and wounded and their thoughts, which is why
2  it's, in fact, I guess, titled Impact of Terror.
3           Is what's shown on that exhibit, not
4  necessarily the individuals, but the concept of the
5  implications of these bombings, something that's known
6  to the Iranian Government?
7       A.   Yes, sir.  That is to say the Iranian
8  Government has no doubt that many of those killed are,
9  in fact, children and other civilians and that the
10 relatives and friends of those killed, as well as
11 those coming into contact with the bombing scene,
12 suffer substantial psychological damage as a result.
13      Q.   Okay.  Now, is the Ministry of
14 Intelligence and Security, MOIS, is it still involved
15 in the planning of terrorist acts and the provision of
16 material support to groups, including Hamas?
17      A.   Oh, yes, sir.
18      Q.   Okay.
19      A.   Indeed, since the recent election victory
20 by Hamas and its takeover of the Palestinian
21 Authority, the Iranian Government has stepped up its
22 assistance to Hamas.

1    Q.    Now, you have testified a number of times
2 in this court about the issue of punitive damages,
3 their effectiveness and sums that would be necessary
4 to have an effect on the Iranian Government and MOIS;
5 is that correct?
6    A.    That's correct, sir.
7    Q.    Let's talk first about the current
8 economy in Iran.
9          The last time that I have your
10 testimony -- and it may not be the last time you
11 testified -- oil was at $25 a barrel.
12          What is their economy like now?
13    A.    Iran's economy has done quite well in
14 recent years. The most recent report from the
15 International Monetary Fund about their economy, which
16 was in April 2006, estimates that this year's national
17 income in Iran will be about 240 billion dollars.
18    Q.    Okay. And has there been any valuation
19 of Iranian oil reserves that you're aware of?
20    A.    The most authoritative report used about
21 such matters is by the company BP, previously known as
22 British Petroleum. And they do a statistical review

of world energy each year.

And in their most recent report, the one for the year 2005, they provide an estimate of Iran's oil reserves. I'm franticly searching for the oil research page. Let me just look at it on my computer screen, please.

Yes, they say that at the end of 2004 Iran's proved reserves of oil were 132.5 billion barrels, which is 11.1 percent of world reserves of oil.

Q. And did they compute out what the value of that would be at current --

A. No --

Q. -- prices?

A. -- they did not.

Q. Would we be able to do that if we wanted to by multiplying by a number such as, like, $60 to be safe?

A. Well, that would actually overstate the case, because most of that oil cannot actually be pumped out. That is to say, the proved reserve is how much oil that's in the ground, but you need pressure