1   in order to get the oil out of the ground.
2           And with modern technology, we're now
3   able to get about 40 percent of the oil out of the
4   ground. And we hope that that number will rise
5   through time, but we only can get about 40 percent of
6   that oil out of the ground.
7       Q.   So the correct formula would be to take
8   the barrels that you just recited on the record --
9       A.   Multiply it by 40 percent and then
10  multiply it by a price, correct, sir.
11      Q.   Okay. All right. Now, they also have in
12  Iran substantial natural gas reserves; is that
13  correct?
14      A.   That is correct.
15      Q.   And I understand they're second after
16  Russia in the amount of natural gas reserves?
17      A.   That is correct, sir.
18      Q.   Now, are you also aware from your studies
19  of how much Iran spends annually on terrorism and
20  then -- let's address that first.
21      A.   We have rough estimates of how much Iran
22  spends on terrorism. They do not provide exact

1  numbers.

2  Also, there is the definitional question
3  of whether you wish to include the substantial amounts
4  that Iran provides for the charitable activities of
5  terrorist organizations, because many of the terrorist
6  organizations run schools, hospitals and other
7  charitable activities, as well as other propaganda
8  activities, like television stations, which are
9  designed in no small part to help them identify and
10 recruit the terrorist agents.

11     Q.   Okay.

12     A.   But which also have charitable purposes
13 of their own.

14     Q.   Now, you referenced before in the Hamas
15 book by Matthew Levitt that there was documentation of
16 35 million dollars in 1999 to Hamas.

17     A.   That was a Canadian Secret Intelligence
18 Service statement.

19     Q.   Do you believe that level of funding to
20 Hamas existed in 2000, 2001?

21     A.   I would be surprised if the amount were
22 as large as $35,000,000 a year. I've never seen an

1  estimate that I regard as reliable as that high for a
2  single year, but certainly Iran's support for Hamas in
3  2000 and 2001 was at least several million dollars a
4  year, if not more.
5         For one thing, Hamas has wanted to
6  maintain an organizational independence from Iran and
7  has, therefore, limited how much they would take from
8  the Iranians to make sure that Iran, while an
9  important funder, was not its only funder.  And so
10 Hamas has put a lot of effort into raising money from
11 other sources, as well as from Iran.
12       Q.  All right.  Now, do you have an opinion
13 with regard to the effect of judgments that have been
14 entered in the past and judgments that may be entered
15 in this case against Iran and against MOIS as to
16 whether or not it would have any effect on the Iranian
17 Government and MOIS in terms of their support for
18 terrorism?
19       A.  Indeed, I do, because the Iranian press
20 and Iranian Government officials have at times
21 referred to these judgments and said that -- expressed
22 outrage about these judgments.  That justifies to me

1   that these judgments are, indeed, noticed by Iranian
2   Government officials and they enter into their
3   calculations as to whether or not to sponsor terrorist
4   groups of various different kinds.
5          Q.   Okay.
6          A.   And, indeed, there have been vigorous
7   debates in a number of these terrorist groups that we
8   know -- debates that we know of -- as to whether or
9   not to deliberately target Americans. And what
10  reaction the American Government would have if they
11  deliberately targeted Americans has been a major
12  element in the reported debates about whether or not
13  to deliberately target Americans.
14         Q.   Now, I understand also there's been some
15  discussion in Iran -- and I'm not sure by who and
16  where -- about these cases before Judge Lamberth in
17  particular.
18              Are you aware of that?
19         A.   Yes. About the particular cases before
20  Judge Lamberth, I'd have to go back and review as to
21  whether anybody referred to him by name. I'm not
22  aware of that, from what I remember.

1               But, in particular, after the action in
2   the U.S. Congress which facilitated the payment of
3   some of the damage awards from what the Iranians
4   described as being their frozen assets, although I
5   know there's quite a difference of interpretation of
6   exactly from what funds this money was coming, there
7   was an Iranian -- an objection in the Iranian press
8   and in the Iranian parliament to the payment of
9   this -- of this money.
10       Q.   Okay.  Now, I want to talk to you briefly
11  about some other terrorist incidents, not in as much
12  detail, but, in particular, the June 11, 2003 bombing
13  of Egged bus number 14-A.
14       A.   Yes.
15       Q.   Are you familiar with that incident?
16       A.   Yes, sir.
17       Q.   And was there a person by the name of
18  Alan Beer who was killed in that incident?
19       A.   I believe so, yes, sir.
20       Q.   He was an American citizen?
21       A.   I believe so.
22       Q.   Okay.  Do you have an opinion as to who