1   was responsible for that terrorist bombing?

2        A.    Yes, sir.

3        Q.    Who is that?

4        A.    Well, Hamas claimed responsibility for

5   the bombing and, indeed, proudly claimed

6   responsibility for the bombing, which came shortly

7   after an attempt to assassinate a senior Hamas leader

8   by the Israelis.  And it was this -- this bombing was

9   described by Hamas as their retaliation of this

10  action.

11       Q.    Okay.  Is there any other evidence that

12  Hamas was the responsible terrorist organization or

13  group for that bombing?

14       A.    The U.S. Government's Pattern of Global

15  Terrorism for that year says that Hamas was

16  particularly active, carrying out more than 150

17  attacks, dot dot dot, the group was responsible for

18  one of the deadliest attacks in the year, the suicide

19  bombing of a -- in June -- on a Jerusalem bus that

20  killed 17 people.

21       Q.    I also want to ask you about another

22  incident, the December 1, 2001 bombing at the

1    pedestrian mall on Ben Yehuda Street in Jerusalem.

2           A.    Yes, sir.

3           Q.    Do I understand that was a double

4    bombing?

5           A.    Correct, sir.

6           Q.    What does that mean?

7           A.    That is to say that there were two bombs

8    detonated, one shortly after the other.

9           Q.    Is that a tactic that we have seen where

10   they have detonated a bomb, people come to help and

11   then the next bomb goes off?

12          A.    Yeah, we've seen them try to do it on

13   several occasions, but relatively rarely have they

14   succeeded in doing it.

15          Q.    Okay.  They did in this case?

16          A.    They did in this case.

17          Q.    Okay.  And do you have an opinion as to

18   who was responsible for that bombing?

19          A.    Yes, sir.

20          Q.    Who is that?

21          A.    Hamas.

22          Q.    And what evidence do you have that you

MISTY KLAPPER AND ASSOCIATES
(703) 780-9559

1    rely on?

2        A.    Well, the Palestinian Authority security

3    forces arrested two senior Hamas officials a few hours

4    after the bombing, saying that they were responsible

5    for the bombing, and Hamas claimed responsibility for

6    the bombing.

7        Q.    And did the two officials who were

8    arrested, did they make statements about their

9    involvement in the bombing, if you know?

10       A.    Not at -- I don't know if they did at the

11   time.  I know that subsequently one of them has and

12   said that Hamas was responsible for the bombing.  I

13   don't know if he said he was responsible for the

14   bombing, but I know he said Hamas was responsible for

15   the bombing.

16       Q.    So in addition to the website, we have

17   the arrest of two individuals who were Hamas members,

18   one of whom --

19       A.    Correct.

20       Q.    -- acknowledged that Hamas --

21       A.    At least one of whom acknowledged this.

22       Q.    Okay.  Now, if I were to take each of

                    MISTY KLAPPER AND ASSOCIATES
                         (703) 780-9559

1    those bombings and ask you from the beginning of the

2    deposition all of the same questions about the

3    Patterns for Global Terrorism for the year, the report

4    for each one, the provision of material support by

5    Iran to Hamas for each of those years, all of the same

6    questions we've asked in the Greenbaum case, what

7    would be your answer to each of those? Would it be

8    any different or would it be the same?

9        A.    It would be the same. That is to say

10   that there have been times when the Iran/Hamas

11   relationship has had some rocky moments when Hamas has

12   agreed to temporarily cease fires with the Israelis,

13   but that does not cover these moments, this -- either

14   the December 2001 attack or the 2003 attack. Both

15   those times the Iran/Hamas relationship was quite

16   close and Iran was providing substantial financial

17   support at that time, at the time of the bombings.

18       Q.    Would you have the same answers to all

19   the questions about their gross national product being

20   very high, their oil reserves being high, the effect

21   of punitive damages?

22       A.    Correct. The gross national product

MISTY KLAPPER AND ASSOCIATES
(703) 780-9559

1    figures would vary, of course, from year to year and,

2    indeed, in the last few years Iran's economy has done

3    very well as oil prices have gone up. So, indeed,

4    back in 2001 and 2000 its GNP was quite a bit smaller

5    than it is today.

6        Q.    All right.  Now, one of the things that

7    I've done is I have reviewed your testimony from a

8    transcript in the Elahi case, E-L-A-H-I.

9        A.    Isn't it spelled E-L --

10       Q.    E-L -- maybe the Reporter put it wrong on

11   the transcript.

12       A.    E-L-A-H-I is fine.

13       Q.    The transcript reads E-L-A-H-I.

14           In any event, I'd like to have that

15   marked as our Exhibit Number 20.  And I want to turn

16   to page 266 and I want you to just read your testimony

17   there for a moment and then I'm going to have a

18   question about a different issue.

19       A.    Yes, sir.

20       Q.    Now, in that case you were

21   distinguishing, as I understand it, the effect that

22   punitive damages might have as regards Iran's prior

MISTY KLAPPER AND ASSOCIATES
(703) 780-9559