1  acts of killing of Iranian dissidents from the
2  generally separate area of support for terrorism
3  outside of Iran; is that correct?
4      A.   Yes, sir.  I was distinguishing between
5  terrorism against Iranian dissidents abroad, such as
6  Mr. Elahi, with -- distinguishing between that and
7  Iranian support for terrorism in Lebanon and the
8  Israeli theater.
9      Q.   And I think you had the view at that time
10 that there was much more in your mind of a government
11 interest, so to speak, in the Iranian dissidents
12 themselves because they were creating problems
13 internally, I would assume; is that correct?
14     A.   The Iranian Government places higher
15 priority on stopping Iranian dissidents than it does
16 on -- on supporting terrorism in Lebanon and the
17 Israeli theater.
18     Q.   Okay.  Do you have an opinion as to
19 whether or not Iran could continue to govern its
20 country and function without providing material
21 support to outside terrorist groups, such as Hamas,
22 who are creating bombings in Israel?

MISTY KLAPPER AND ASSOCIATES
(703) 760-9559

1   A.   It would be possible for the Iranian
2   Government to stop its material support to Hamas and
3   related groups and still continue to govern Iran.
4   Q.   It could still provide all the government
5   functions to its people, such as, you know,
6   electricity, sewer, all of that sort of stuff?
7   A.   Health, education and the like, yes, sir.
8   Q.   Okay. Now I need a moment because I want
9   to make sure.
10       Would it be fair to say that one of the
11  other things Iran could do rather than support
12  terrorism is engage in dialogue with the West?
13  A.   Correct, sir.
14  Q.   That's an alternative to the support of
15  terrorism?
16  A.   It could be done as an alternative. It
17  could be done as a complement at the same time.
18  Q.   Okay. All right. That's all the
19  questions I have.
20       MR. LEIBOWITZ: For the record, this
21  deposition will be marked and submitted to the court
22  as Exhibit Number 14 in the Greenbaum matter.

MISTY KLAPPER AND ASSOCIATES
(703) 780-9559

43


43

1  (Thereupon, at 11:29 a.m. the deposition
2  concluded.)
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22

MISTY KLAPPER AND ASSOCIATES
(703) 780-9559

CERTIFICATE OF NOTARY

I, MISTY KLAPPER, the officer before whom the foregoing deposition was taken, do hereby certify that the witness whose testimony appears in the foregoing deposition was duly sworn by me; that the testimony of said witness was taken by me in shorthand and thereafter reduced to typewriting by me; that said deposition is a true record of the testimony given by said witness; that I am neither counsel for, related to, nor employed by any of the parties to the action in which this deposition was taken; and, further, that I am not a relative or employee of any attorney or counsel employed by the parties hereto, nor financially or otherwise interested in the outcome of this action.

*[signature]*
Misty Klapper
Notary Public in and for the
District of Columbia

MISTY KLAPPER AND ASSOCIATES
(703) 780-9559