



PLAINTIFF'S EXHIBIT 3

## Overview of State-Sponsored Terrorism

Several of the seven designated state sponsors of terrorism—most notably Libya and Sudan—took significant steps to cooperate in the global war on terrorism—and the liberation of Iraq removed a regime that had long supported terrorist groups. Nevertheless, the other state sponsors—Cuba, Iran, North Korea, and Syria—did not take all the necessary actions to disassociate themselves fully from their ties to terrorism in 2003. Although some in this latter group have improved their performances in some areas, most have also continued the very actions that led them to be declared state sponsors.

The ousting of Saddam Hussein's regime by Coalition forces removed a longstanding sponsor of terrorism in the Middle East region. The President, therefore, suspended on 7 May 2003, all sanctions against Iraq applicable to state sponsors of terrorism, which had the practical effect of putting Iraq on a par with nonterrorist states. However, Iraq became a central front in the global war on terrorism as Coalition and Iraqi authorities faced numerous attacks by a disparate mix of former regime elements, criminals, and some foreign fighters—including Islamic extremists linked to Ansar al-Islam, al-Qaida, and Abu Mus'ab al-Zarqawi. Increasingly, the line between insurgency and terrorism has been blurred by anti-Coalition attacks that have included suicide car bombings at police stations, an Italian military police base, and the headquarters of the International Red Cross. Members of the foreign terrorist group Mujahedin-e-Khalq (MEK) maintained an active presence in Iraq but were in US custody by the end of the year. The Kurdistan Freedom and Democracy Congress (KADEK, now renamed the Kurdistan People's Congress) continued to attack Turkish targets despite claiming a commitment to nonviolence.

In 2003, the Libyan Government reiterated assurances to the UN Security Council that it had renounced terrorism, undertook to share intelligence on terrorist organizations with Western intelligence services, and took steps to resolve matters related to its past support of terrorism. In September 2003, Libya addressed the requirements of the United Nations relating to the bombing of Pan Am Flight 103, accepting responsibility for the actions of its officials and agreeing to a compensation package for the victims' families. As a result, UN sanctions,

### State Sponsor: Implications

Designating countries that repeatedly support international terrorism (that is, placing a country on the terrorism list) imposes four main sets of US Government sanctions:

1. A ban on arms-related exports and sales.

2. Controls over exports of dual-use items, requiring 30-day Congressional notification for goods or services that could significantly enhance the terrorist-list country's military capability or ability to support terrorism.

3. Prohibitions on economic assistance.

4. Imposition of miscellaneous financial and other restrictions, including:

   - Requiring the United States to oppose loans by the World Bank and other international financial institutions.

   - Lifting the diplomatic immunity to allow families of terrorist victims to file civil lawsuits in US courts.

   - Denying companies and individuals tax credits for income earned in terrorist-list countries.

   - Denial of duty-free treatment for goods exported to the United States.

   - Authority to prohibit any US person from engaging in a financial transaction with a terrorism-list government without a Treasury Department license.

   - Prohibition of Defense Department contracts above $100,000 with companies controlled by terrorist-list states.

suspended since 1999, were lifted. Libya also appeared to be trying to resolve a number of the other claims outstanding for Tripoli-sponsored attacks in the 1980s. On 19 December 2003, Colonel Qadhafi made a historic decision to eliminate Libya's weapons of mass destruction programs and missiles covered by the Missile Technology Control Regime (MTCR); and he took significant steps to implement this public commitment with the assistance of the United States, United Kingdom, and relevant international organizations.

Sudan's cooperation and information sharing improved markedly, although areas of concern remained. Khartoum sought to deter terrorists from operating from Sudan and took steps to strengthen its legal instruments for fighting terrorism.

The performances of Cuba, Iran, North Korea, and Syria showed little change from previous years. Cuba remained opposed to the US-led Coalition prosecuting the global war on terrorism and continued to provide support to designated Foreign Terrorist Organizations and to host several terrorists and dozens of fugitives from US state and federal justice. Cuba allowed Basque Fatherland and Liberty (ETA) members to reside in the country and provided support and safehaven to members of the Colombian Revolutionary Armed Forces (FARC) and the National Liberation Army (ELN). Iran remained the most active state sponsor of terrorism in 2003: Islamic Revolutionary Guard and Ministry of Intelligence and Security personnel were involved in planning and support for terrorist acts. Although Iran detained al-Qaida operatives in 2003, it refused to identify senior members in custody. Tehran continued to encourage anti-Israel activities, both operationally and rhetorically, providing logistic support and training to Lebanese Hizballah and a variety of Palestinian rejectionist groups. North Korea announced it planned to sign several antiterrorism conventions but did not take any substantive steps to cooperate in efforts to combat terrorism. Syria continued to provide support to Palestinian rejectionist groups and allowed them to operate out of Syria, albeit with a lower profile after May 2003. Syria also served as a transshipment point for Iranian supply of Hizballah in Lebanon, and although Syrian officials have publicly condemned terrorism, they continue to distinguish between terrorism and what they view as legitimate resistance against Israel.

Nonetheless, Syria has cooperated with the United States against al-Qaida and other extremist Islamic terrorist groups and has made efforts to limit the movement of anti-Coalition fighters into Iraq.

State sponsors of terrorism impede the efforts of the United States and the international community to fight terrorism. These countries provide a critical foundation for terrorist groups. Without state sponsors, terrorist groups would have a much more difficult time obtaining the funds, weapons, materials, and secure areas they require to plan and conduct operations. The United States will continue to insist that these countries end the support they give to terrorist groups.

## Cuba

Cuba remained opposed to the US-led Coalition prosecuting the global war on terrorism and actively condemned many associated US policies and actions throughout 2003. Government-controlled press reporting about US-led military operations in Iraq and Afghanistan were consistently critical of the United States and frequently and baselessly alleged US involvement in violations of human rights. Government propaganda claimed that those fighting for self-determination or against foreign occupation are exercising internationally recognized rights and cannot be accused of terrorism. Cuba's delegate to the UN said terrorism cannot be defined as including acts by legitimate national liberation movements—even though many such groups clearly employ tactics that intentionally target innocent civilians to advance their political, religious, or social agendas. In referring to US policy toward Cuba, the delegate asserted, "acts by states to destabilize other states is a form of terrorism."

The Cuban Government did not extradite nor request the extradition of suspected terrorists in 2003. Cuba continued to provide support to designated Foreign Terrorist Organizations, as well as to host several terrorists and dozens of fugitives from US justice. The Government refuses to return suspected terrorists to countries when it alleges that a receiving government could not provide a fair trial because the charges against the accused are "political." Cuba has publicly used this argument with respect to a number of fugitives from

## Chemical, Biological, Radiological, Nuclear (CBRN) Terrorism

Production of weapons of mass destruction (WMD) and their delivery systems constitutes a major threat to international peace and security. The threat is compounded by the interests of terrorists in acquiring WMD. This would undermine the foundations of international order. We pledge to use all means available to avert WMD proliferation and the calamities that would follow.

> Joint statement by President George W. Bush, European Council President Konstandinos Simitis, and European Commission President Romano Prodi.

The September 11, 2001, attacks confirmed that terrorists will seek to produce mass casualties whenever they believe it serves their purposes. Although terrorists will probably continue to rely on traditional terrorist tactics, several groups—including al-Qaida—increasingly look to chemical, biological, radiological, or nuclear (CBRN) materials as a means to cause mass casualties rivaling or exceeding those of September 11. Troublesome amounts of dangerous materials, and information about how to create and deliver CBRN weapons, remain available to terrorists.

Usama Bin Ladin has said he sees the acquisition of WMD as a "religious duty," and he has threatened to use such weapons. This rhetoric was underscored by reports that documents retrieved from al-Qaida facilities in Afghanistan contain information on CBRN materials.

However, the threat is not limited to Bin Ladin and al-Qaida. Information indicates that small but growing numbers of other terrorist groups are also interested in CBRN materials. In Europe, French police seized a chemical contamination suit and arrested a terrorist cell in December 2002 that allegedly was planning an attack using chemical agents. At least one related group was making ricin toxin in London at that same time for a future terrorist attack.

CBRN terrorism events to date have generally involved crude and improvised delivery means that have been only marginally effective. With the exception of the US anthrax attacks, the materials employed in these events also have been crudely manufactured. Other events have involved dual-use materials that have legitimate civilian applications, such as industrial chemicals, poisons, and pesticides, and radiological source materials embedded in legitimate measuring instruments. Although terrorist events involving these materials and improvised delivery systems can cause significant casualties, damage, and disruption, such events pale in comparison to the casualties and damage that could occur if terrorists acquired WMD and the ability to deliver them effectively.

Preventing the proliferation of WMD, their delivery systems, and related materials and technologies has long been a pillar of national security. Since September 11, the prevention of WMD has become an even more urgent global priority. President Bush made this urgency clear in his December 2002 National Strategy to Combat Weapons of Mass Destruction, in which he set out a comprehensive strategy to prevent WMD proliferation, including to terrorists.

In May 2003, President Bush announced the Proliferation Security Initiative (PSI), a global multilateral arrangement to seize sensitive cargoes that may be in transit to and from states and nonstate actors of proliferation concern. PSI is an interdiction program. PSI participants will explore how best to use counterproliferation tools—diplomatic, intelligence, and operational—to stop proliferation at sea, in the air, and on land.

The United States is working within multilateral nonproliferation regimes and other international forums. Bilaterally, the United States promotes more stringent nonproliferation policies and programs; strengthened export controls; and improved border security to prevent terrorists or their state sponsors from acquiring WMD, their delivery systems, related materials, or technologies. As the President's National Strategy notes, however, should our diplomatic efforts fall short, we will be prepared to deter and defend against the full range of WMD scenarios.