US justice, including Joanne Chesimard, wanted for the murder of a New Jersey State Trooper in 1973. Havana permitted up to 20 ETA members to reside in Cuba and provided some degree of safehaven and support to members of FARC and the ELN. Bogota was aware of the arrangement and apparently acquiesced; it has publicly indicated that it seeks Cuba's continued mediation with ELN agents in Cuba. A declaration issued by the Cuban Ministry of Foreign Affairs in May 2003 maintained that the presence of ETA members in Cuba arose from a request for assistance by Spain and Panama and that the issue is a bilateral matter between Cuba and Spain. The declaration similarly defended its assistance to the FARC and the ELN as contributing to a negotiated solution in Colombia.

Dozens of fugitives from US justice have taken refuge on the island. In a few cases, the Cuban Government has rendered fugitives from US justice to US authorities. The salient feature of Cuba's behavior in this arena, however, is its refusal to render to US justice any fugitive whose crime is judged by Cuba to be "political."

With respect to domestic terrorism, the Government in April 2003 executed three Cubans who attempted to hijack a ferry to the United States. The three were executed under Cuba's 2001 "Law Against Acts of Terrorism."

Cuba became a party to all 12 international conventions and protocols relating to terrorism in 2001.

## Iran

Iran remained the most active state sponsor of terrorism in 2003. Its Islamic Revolutionary Guard Corps and Ministry of Intelligence and Security were involved in the planning of and support for terrorist acts and continued to exhort a variety of groups that use terrorism to pursue their goals.

Iran's record against al-Qaida remains mixed. After the fall of the Taliban regime in Afghanistan, some al-Qaida members fled to Iran where they have found virtual safehaven. Iranian officials have acknowledged that Tehran detained al-Qaida operatives during 2003, including senior members. Iran's publicized presentation of a list to the United Nations of deportees, however, was accompanied by a refusal to publicly identify senior members in Iranian custody on the grounds of "security." Iran has resisted calls to transfer custody of its al-Qaida detainees to their countries of origin or third countries for further interrogation and trial.

During 2003, Iran maintained a high-profile role in encouraging anti-Israeli activity, both rhetorically and operationally. Supreme Leader Khamenei praised Palestinian resistance operations, and President Khatami reiterated Iran's support for the "wronged people of Palestine" and their struggles. Matching this rhetoric with action, Iran provided Lebanese Hizballah and Palestinian rejectionist groups—notably HAMAS, the Palestine Islamic Jihad, and the Popular Front for the Liberation of Palestine–General Command—with funding, safehaven, training, and weapons. Iran hosted a conference in August 2003 on the Palestinian *intifadah*, at which an Iranian official suggested that the continued success of the Palestinian resistance depended on suicide operations.

Iran pursued a variety of policies in Iraq aimed at securing Tehran's perceived interests there, some of which ran counter to those of the Coalition. Iran has indicated support for the Iraqi Governing Council and promised to help Iraqi reconstruction.

Shortly after the fall of Saddam Hussein, individuals with ties to the Revolutionary Guard may have attempted to infiltrate southern Iraq, and elements of the Iranian Government have helped members of Ansar al-Islam transit and find safehaven in Iran. In a Friday Prayers sermon in Tehran in May, Guardian Council member Ayatollah Ahmad Jannati publicly encouraged Iraqis to follow the Palestinian model and participate in suicide operations against Coalition forces.

Iran is a party to five of the 12 international conventions and protocols relating to terrorism.

## Iraq

(Note: Most of the attacks that have occurred during Operation Iraqi Freedom do not meet the longstanding US definition of international terrorism because they were directed at combatants, that is, American and Coalition forces on duty.

**APPENDIX A**
Chronology of Significant International Terrorist Incidents, 2003 (Revised 6/22/04)

Oostende, three persons exposed to the tainted letter at the airport authority were taken to a hospital for further observation.

Belgian police investigated a 45-year-old Iraqi political refugee who had repeatedly expressed opposition to the war in Iraq. In searching the suspect's residence on 5 June, police confiscated a document that resembled a chemical formula and a plastic bag containing powder. The next day anti-terrorism investigators opened the plastic bag, releasing some of the powder and suffered skin irritation, eye irritation and difficulty breathing. The Iraqi was charged that day with premeditated assault.

### 7 Afghanistan
On 7 June 2003, in Kabul, Afghanistan, a taxi rigged with explosives rammed into a bus carrying German peacekeepers of the International Security Assistance Force (ISAF) heading to the airport for their return home. There were five killed and 29 wounded, according to press reports. The U.S.-funded police school, which stands about three hundred feet from the explosion, was damaged. No one claimed responsibility, but al-Qaida is suspected.

### 8 Somalia
On 8 June 2003, in Mogadishu, Somalia, an armed militia group fired several times on a car carrying an American freelance journalist, his driver, and his interpreter. The journalist was slightly wounded, according to press reports. No one claimed responsibility.

### 9 Peru
On 9 June 2003, in Lima, Peru, approximately 60 Shining Path terrorists kidnapped 71 workers employed by Techint Group, an Argentine company helping to build a natural gas pipeline in southeastern Peru. The kidnapped group consisted of 64 Peruvians, four Colombians, two Argentines, and one Chilean. All of the hostages were freed on 11 June 2003 through a successful rescue operation by Peruvian authorities. The terrorists, however, managed to escape.

### 11 Turkey
In the afternoon of 11 June 2003, in Adana, Turkey, a man threw two hand grenades into the garden of the U.S. Consulate, allegedly in retaliation for a recent assassination attempt by Israel on a leader of the Islamic Resistance Movement (HAMAS). One of the grenades did not explode and was later securely detonated by the police. No one was injured, according to press reports.

### 11 Israel
On 11 June 2003, near Jerusalem, a suicide bomber who was a member of the Islamic Resistance Movement (HAMAS) boarded a bus and exploded a bomb near Klal Center on Jaffa Road, killing 17 (including two U.S. citizens) and wounding 99 (including one U.S citizen).

### 11 Greece
On the night of 11 June 2003, in Thessaloniki, Greece, unidentified attackers entered the front lobby of the U.S.-owned Citibank branch and doused the ATM in a flammable liquid. They then placed a gas canister in the ATM machine and set it on fire. The

## Appendix B

## Background Information on Designated Foreign Terrorist Organizations

### Contents

| | |
|---|---|
| Abu Nidal organization (ANO) | 114 |
| Abu Sayyaf Group (ASG) | 114 |
| Al-Aqsa Martyrs Brigade | 115 |
| Ansar al-Islam (AI) | 115 |
| Armed Islamic Group (GIA) | 116 |
| 'Asbat al-Ansar | 116 |
| Aum Supreme Truth (Aum) Aum Shinrikyo, Aleph | 117 |
| Basque Fatherland and Liberty (ETA) | 118 |
| Communist Party of Philippines/New People's Army (CPP/NPA) | 118 |
| Al-Gama'a al-Islamiyya (Islamic Group, IG) | 119 |
| HAMAS (Islamic Resistance Movement) | 120 |
| Harakat ul Mujahidin (HUM) | 120 |
| Hizballah (Party of God) | 121 |
| Islamic Movement of Uzbekistan (IMU) | 122 |
| Jaish-e-Mohammed (JEM) | 123 |
| Jemaah Islamiya (JI) | 123 |
| Al-Jihad (Egyptian Islamic Jihad, EIJ) | 124 |
| Kahane Chai (Kach) | 125 |
| Kongra-Gel (KGK, formerly Kurdistan Workers' Party, PKK, KADEK) | 125 |
| Lashkar-e-Tayyiba (LT) | 126 |
| Lashkar I Jhangvi (LJ) | 127 |
| Liberation Tigers of Tamil Eelam (LTTE) | 128 |
| Mujahedin-e Khalq Organization (MEK or MKO) | 128 |
| National Liberation Army (ELN)—Colombia | 129 |
| Palestine Islamic Jihad (PIJ) | 130 |
| Palestine Liberation Front (PLF) | 130 |
| Popular Front for the Liberation of Palestine (PFLP) | 130 |
| Popular Front for the Liberation of Palestine–General Command (PFLP-GC) | 131 |
| Al-Qaida | 131 |
| Real IRA (RIRA) | 133 |
| Revolutionary Armed Forces of Colombia (FARC) | 133 |
| Revolutionary Nuclei (RN) | 134 |
| Revolutionary Organization 17 November (17 November) | 135 |
| Revolutionary People's Liberation Party/Front (DHKP/C) | 135 |
| Salafist Group for Call and Combat (GSPC) | 136 |
| Sendero Luminoso (Shining Path or SL) | 136 |
| United Self-Defense Forces/Group of Colombia (AUC) | 137 |

**Strength**
Unknown. At its peak the IG probably commanded several thousand hard-core members and a like number of sympathizers. The cease-fire of 1999 and security crackdowns following the attack in Luxor in 1997 and, more recently, security efforts following September 11, probably have resulted in a substantial decrease in the group's numbers.

**Location/Area of Operation**
Operates mainly in the Al-Minya, Asyut, Qina, and Sohaj Governorates of southern Egypt. Also appears to have support in Cairo, Alexandria, and other urban locations, particularly among unemployed graduates and students. Has a worldwide presence, including in the United Kingdom, Afghanistan, Yemen, and various locations in Europe.

**External Aid**
Unknown. The Egyptian Government believes that Iran, Usama Bin Ladin, and Afghan militant groups support the organization. Also may obtain some funding through various Islamic nongovernmental organizations.

**HAMAS**
a.k.a. Islamic Resistance Movement

**Description**
Formed in late 1987 as an outgrowth of the Palestinian branch of the Muslim Brotherhood. Various HAMAS elements have used both violent and political means—including terrorism—to pursue the goal of establishing an Islamic Palestinian state in Israel. Loosely structured, with some elements working clandestinely and others openly through mosques and social service institutions to recruit members, raise money, organize activities, and distribute propaganda. HAMAS's strength is concentrated in the Gaza Strip and the West Bank. First designated in October 1997.

**Activities**
HAMAS terrorists, especially those in the Izz al-Din al-Qassam Brigades, have conducted many attacks—including large-scale suicide bombings—against Israeli civilian and military targets. HAMAS maintained the pace of its operational activity during 2002-03, claiming numerous attacks against Israeli interests. HAMAS has not yet directly targeted US interests, although the group makes little or no effort to avoid targets frequented by foreigners. HAMAS continues to confine its attacks to Israel and the territories.

**Strength**
Unknown number of official members; tens of thousands of supporters and sympathizers.

**Location/Area of Operation**
HAMAS currently limits its terrorist operations to Israeli military and civilian targets in the West Bank, Gaza Strip, and Israel. The group's leadership is dispersed throughout the Gaza Strip and West Bank, with a few senior leaders residing in Syria, Lebanon, Iran, and the Gulf States.

**External Aid**
Receives some funding from Iran but primarily relies on donations from Palestinian expatriates around the world and private benefactors, particularly in Western Europe, North America, and the Persian Gulf region.

**Harakat ul-Mujahidin (HUM)**
(Movement of Holy Warriors)

**Description**
The HUM is an Islamic militant group based in Pakistan that operates primarily in Kashmir. It is politically aligned with the radical political party, Jamiat Ulema-i-Islam Fazlur Rehman faction (JUI-F). Longtime leader of the group, Fazlur Rehman Khalil, in mid-February 2000 stepped down as HUM emir, turning the reins over to the popular