| | |
|---|---|
| Number 88/03 | מספר 88/03 |

| | |
|---|---|
| **Certification of Translation**<br><br>I the undersigned, David Saville, Notary at Moshe Hess Street 12, Jerusalem 94185, hereby declare that I am well acquainted with the Hebrew and English languages and certify that the attached document marked "A" is a correct translation of the original document which is drafted in the Hebrew language, a copy of which has been produced to me. | **אישור תרגום**<br><br>אני הח"מ, דוד סוויל, נוטריון ברחוב משה הס 12, ירושלים 94185, מצהיר כי אני שולט היטב בשפה(ות) עברית ו- אנגלית וכי המסמך המצורף והמסומן באות "א" היא תרגום מדוייק של המסמך המקורי שנערך בשפה העברית שהוצג בפני. |
| In witness whereof I certify the accuracy of the said translation and the copy by my signature and seal this 29th day of July 2003.<br><br>Signature <br><br>Notary's Seal<br><br>NIS fees paid. | ולראיה הנני מאשר את דיוק התרגום ונכונות ההעתק הנ"ל, בחתימת ידי ובחותמי, היום 29 ביולי 2003.<br><br>חתימה<br><br>חותם הנוטריון<br><br>שכר עם שולם |

4838





PLAINTIFF'S
EXHIBIT
4

STATE OF ISRAEL                    EMBLEM                MINISTRY OF THE INTERIOR

## DEATH CERTIFICATE

Family Name: Beer                               First Name: Alan

Father's First Name: Jacob                      Mother's First Name: Anna

First name of father's father:

Sex: Male                                       Identification No.: 3-2073086-4

Nationality: Jewish                             Religion: Jewish

Personal Status: Single

Hebrew Date of Birth: 11th Tevet 5717           Gregorian Date of Birth: 15th December 1956

Hebrew Date of Death:  11th Sivan 5763          Gregorian Date of Death:  11th June 2003

Place of Death:  Jerusalem                      Name of Hospital:

Cause of Death:

I hereby confirm the death has been registered in the Registry of Deaths
The Certificate was given pursuant to Section 30 of the *Population Registries Law - 5725 - 1965* in the
Office of Population Administration in Jerusalem
on the 16th day of Tammuz 5763          of the 16th day of July  2003

                                        (-)
                                        Signature of  Registrations Clerk

                                        Seal of the Ministry of the Interior

4840





