THE NEW YORK TIMES INTERNATIONAL SATURDAY

# With Peacemakers on Way, Israel Attacks Hamas Ag[ain]

By IAN FISHER

JERUSALEM, June 13 — Israel pressed its campaign against Hamas tonight with attack helicopters delivering two more missile strikes in Gaza. The attacks occurred the day before American monitors are to arrive here to prop up a new peace plan now badly weakened by nearly a week of violence.

In the first helicopter assault, at least one member of Hamas, a militant Islamic group, was killed in a car in Gaza City. Palestinian officials said. The Israeli military said the car had been on its way to fire rockets over the border into Israel, after several such rockets fired from the Gaza Strip had hit a house in the nearby Israeli town of Sderot.

About 22 other Palestinians, almost all civilians, among them nine children, were injured in the first Israeli strike, Palestinian medical officials said, and the city's main hospital was overwhelmed with victims of the attack.

The second attack, carried out before midnight, hit a warehouse where the type of rockets fired into Israel today are stored, the Israeli military said. But its location — just 50 yards from the home of Sheik Ahmed Yassin, the spiritual leader of Hamas — seemed certain to anger Palestinians.

The attack in Gaza tonight, after a day in which one Israeli was killed and two others were wounded, marked the fourth day in a row that Israeli helicopters targeted Hamas activists there, killing at least 23 people, most of them civilians.

It came on a day of growing concern that the peace plan, embraced so hopefully during a summit meeting in Aqaba, Jordan, last week, might die an early death in the absence of a major new gesture from the Bush administration.

On Saturday, Assistant Secretary of State John S. Wolf, David F. Satterfield, a State Department expert on the Middle East, and an official from the National Security Council are scheduled to arrive here as the first members of a team to monitor the peace plan.

The team's exact duties and composition remain vague. But the three Americans are expected to encourage both sides to resume dialogue and Sheik Yassin could also be a target.

The week came after a spate of attack and counterattack that has been unusually lethal even by the standards of the last 33 months of Israeli-Palestinian violence.

Last Sunday, Hamas militants killed four Israeli soldiers. In response, on Tuesday, Israel carried out a failed attempt to assassinate a top member of Hamas's leadership, Abdel Aziz Rantisi.

The next day a Palestinian suicide bomber blew up a bus in downtown Jerusalem, killing 17 Israelis.

A major complication in this most recent round of attacks is the role of the Bush administration, which has staked much on the success of its peace plan, called the road map. That plan was inaugurated last week in Jordan at a summit meeting between President Bush, Prime Minister Ariel Sharon of Israel and his new Palestinian counterpart, Mahmoud Abbas.

With the peace plan so young, the attempt to kill Dr. Rantisi drew a rare and stern rebuke from Mr. Bush, who said it did not contribute to Israel's security. But after the bus bombing on Wednesday, top administration officials — even while urging restraint from the Israelis — laid the blame for obstructing the peace process squarely on Hamas.





Israeli helicopters delivered two more strikes on Hamas in Gaza.

Palestinians in Gaza, [above] inspected the wreckage [of a car] destroyed yesterday by [an Israeli] missile. At left, at the G[iv'at Shaul] cemetery in Jerusalem, [friends] mourned Alan Beer, kill[ed in the] bus bombing on Wednes[day.]

blame had only encourag[ed it to] press on with its attacks, [which he] said were further angeri[ng Palesti]nians and lining them up [in support of the] peace proposal.

Ambassadors to the [diplomatic] quartet that drafted the p[eace plan — the] United States, the Europ[ean Union,] Russia and the United [Nations — will] meet in Paris today, an[d diplo]mats said there was [general] agreement that the plan a[n] immediate jolt to get back [on track.]

"There is a lot of activi[ty going on] right now, what with th[e Israelis,] with the Palestinians [and with] the Israeli military pr[esence in] the West Bank and the Ga[za Strip] occupation."

Many Palestinians and [Is]raelis have accused Mr. [Sharon of] talking about peace fait[hfully...]

PLAINTIFF'S EXHIBIT 6A