

Elsa Cohen     Alan Beer     Zvi Cohen     Tsipora Levy

# They called him Al

**By AMIR EFRATI**

Cleveland-born Alan Beer, 47, was on his way home from attending shiva for a friend in northern Israel when a suicide bomber brought an abrupt end to his life on Wednesday in Jerusalem.

Beer is to be buried at the capital's Har Hamenuhot Cemetery Friday morning. A bachelor, he is survived by his mother, Anna Beer of Cleveland, a brother and two sisters, Lenny, Esther Sara Carroll, and Cookie Maisel, who lives in Jerusalem.

Known by his friends as "Al," the bearded Orthodox man had an endearing "American swagger" as he strolled down the streets near his home in Jerusalem's Baka neighborhood.

His death sent "absolute shock" through the Orthodox Union Israel Center, where he volunteered and had attended lectures for approximately one year, center officials said.

"From that point on there was melancholy," said Micha'el Rubinoff, production manager of Torah Tidbits, the center's in-house magazine on which Beer assisted. "I started to cry." Rubinoff said a sense of loss has since pervaded the center "from the executives to the floors."

Often wearing Hawaiian shirts, Beer looked more like a tourist than a volunteer, Rubinoff fondly recalled, adding that "he would always brighten everything up, he always had stories."

"He had a religious soul and knew a lot about everything. I'm 20 years older than him and I learned from him," he said.

Another of the victims of Wednesday's attack, Elsa Cohen, 70, was another regular at the center. She was on her way to a Torah class when she was killed.

A film buff and software engineer, Beer immigrated to Israel five years ago, settling in Jerusalem. He had been back in Israel for six months prior to the attack after returning from a one-year stay in Cleveland.

On Wednesday, Beer paid a shiva call on a friend who lost his father in Hadera, and after reaching the central bus station, he boarded the ill-fated No. 14A bus on his way home.

---

**NJ legislator flies to wounded daughter's side, Page A2**

**Jerusalem bombing victims buried, Page A3**

---

The Hamas bomber, identified as Muhammad Shabani, 20, of Hebron, got on the bus about a stop later at the Mahaneh Yehuda market, and then detonated his explosives at the next station, outside the Clal Building on Jaffa Road, killing Beer and 16 other people, and wounding scores.

"He was a person who always smiled. He was always happy with his life, no matter what," said Beer's niece, film student Aurital Maisel, 24, of Jerusalem.

Even when he had trouble finding work, a problem faced by many fellow English-speaking immigrants in Israel, Beer always managed to keep his spirits up, Maisel said.

"He would just go with the flow."

Maisel said her uncle loved to see films at Jerusalem's Cinematheque, a theater frequented by many movie buffs for its frequent screenings of old classics and foreign films.

Often she would see him there, and she recalls one instance where she was not aware that her uncle was in the theater, until she heard his characteristic laugh during the movie. "I knew my uncle was there. He had this happy, infectious laugh."

Beer graduated from the Hebrew Academy of Cleveland Mesifta Class in 1974 with Izzy Lemberg, who also immigrated to Jerusalem.

Lemberg remembered Beer as a "bright, smart" student with a "sharp sense of humor who had an interesting edge to him."

He also said Beer had called himself the unofficial "rabbi of the shul" on one of Hawaii's smaller islands during an eight-year stint there.

Lemberg said the last time he saw Beer was four years ago in Jerusalem, shortly after he had immigrated. "Alan was talking about settling down, about getting absorbed," Lemberg said. "He was excited for a new start."

Ze'ev Petrucci, his first roommate at the Beit Canada absorption center, said that for Beer, "Jerusalem had the beauty of Hawaii but gave him the opportunity to pray as he wanted and live the [Jewish] life he wanted."

The toll rose to 17 on Thursday night with the death of Tsipora Levy, 75. Other victims identified are:

- Bianca Shahrur, 62;
- Yaniv Ahayed, 22;
- Bat-El Ohana, 21;
- Eugenia Berman, 50;
- Malka Rene Sultan, 67;
- Roi Eliraz, 22;
- Yaffa Mualem, 65;
- Zvi Cohen, 39;
- Sgt. Tamar Ben-Eliahu, Tzipora Pasakovich, 54;
- Alexander Kazaris, 77;
- Tita Martine, 75;
- Anna Orgal, 55.

PLAINTIFF'S EXHIBIT 6B