UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANNA BEER, *et al*. ) | |
| ) | |
| Plaintiffs, ) | |
| v. ) | Civil Action 1:06CV00473 (RCL) |
| ) | |
| THE ISLAMIC REPUBLIC OF IRAN, *et al.* ) | |
| ) | |
| Defendants. ) | |

## PLAINTIFFS' SUPPLEMENTAL EXHIBIT LIST

COME NOW, Plaintiffs, by and through undersigned counsel, and hereto submit their supplemental list of exhibits with electronic attachments.

1. Excerpts from Trial Transcript of Dr. Patrick Clawson, March 17, 2003, *Peterson v. Islamic Republic of Iran*, Civ. A. No.01-2094, 01-2694 (D.D.C. 2007).

2. 31 C.F.R. §596.201 (2006)

Date:  March 4, 2008

Respectfully Submitted,

_____/s/_____
Barry L. Leibowitz
Bar No. 158949
2730 University Boulevard West Suite 910
Wheaton, MD 20902
(301) 942-8378

Attorney for Plaintiffs