**Office of Foreign Assets Control, Treasury** § 596.201

### Subpart C—General Definitions

596.301  Donation.
596.302  Effective date.
596.303  Financial institution.
596.304  Financial transaction.
596.305  General license.
596.306  License.
596.307  Monetary instruments.
596.308  Person; entity.
596.309  Specific license.
596.310  Terrorism List Government.
596.311  Transaction.
596.312  United States.
596.313  United States person.

### Subpart D—Interpretations

596.401  Reference to amended sections.
596.402  Effect of amendment.
596.403  Transactions incidental to a licensed transaction.
596.404  Financial transactions transferred through a bank of a Terrorism List Government.

### Subpart E—Licenses, Authorizations and Statements of Licensing Policy

596.500  Licensing procedures.
596.501  Effect of license or authorization.
596.502  Exclusion from licenses and authorizations.
596.503  Financial transactions with a Terrorism List Government otherwise subject to 31 CFR chapter V.
596.504  Certain financial transactions with Terrorism List Governments authorized.
596.505  Certain transactions related to stipends and scholarships authorized.

### Subpart F—Reports

596.601  Records and reports.

### Subpart G—Penalties

596.701  Penalties.

### Subpart H—Procedures

596.801  Procedures.
596.802  Delegation by the Secretary of the Treasury.

### Subpart I—Paperwork Reduction Act

596.901  Paperwork Reduction Act notice.

AUTHORITY: 18 U.S.C. 2332d; 31 U.S.C. 321(b).

SOURCE: 61 FR 43463, Aug. 23, 1996, unless otherwise noted.

### Subpart A—Relation of This Part to Other Laws and Regulations

#### § 596.101  Relation of this part to other laws and regulations.

(a) This part is separate from, and independent of, the other parts of this chapter with the exception of part 501 of this chapter, the recordkeeping and reporting requirements and license application and other procedures of which apply to this part. Differing foreign policy and national security contexts may result in differing interpretations of similar language among the parts of this chapter. Except as otherwise authorized in this part, no license or authorization contained in or issued pursuant to those other parts authorizes any transaction prohibited by this part. Except as otherwise authorized in this part, no license or authorization contained in or issued pursuant to any other provision of law or regulation authorizes any transaction prohibited by this part. *See* § 596.503.

(b) No license or authorization contained in or issued pursuant to this part relieves the involved parties from complying with any other applicable laws or regulations.

[61 FR 43463, Aug. 23, 1996, as amended at 62 FR 45112, Aug. 25, 1997]

### Subpart B—Prohibitions

#### § 596.201  Prohibited financial transactions.

Except as authorized by regulations, orders, directives, rulings, instructions, licenses, or otherwise, no United States person, knowing or having reasonable cause to know that a country is designated under section 6(j) of the Export Administration Act, 50 U.S.C. App. 2405, as a country supporting international terrorism, shall engage in a financial transaction with the government of that country. Countries designated under section 6(j) of the Export Administration Act as of the effective date of this part are listed in the following schedule.

SCHEDULE:

Cuba.
Iran.
Iraq.
Libya.

**§ 596.202** 31 CFR Ch. V (7–1–06 Edition)

North Korea.
Sudan.
Syria.

### § 596.202 Evasions; attempts; conspiracies.

Any transaction for the purpose of, or which has the effect of, evading or avoiding, or which facilitates the evasion or avoidance of, any of the prohibitions set forth in this part, is hereby prohibited. Any attempt to violate the prohibitions set forth in this part is hereby prohibited. Any conspiracy formed for the purpose of engaging in a transaction prohibited by this part is hereby prohibited.

## Subpart C—General Definitions

### § 596.301 Donation.

The term *donation* means a transfer made in the form of a gift or charitable contribution.

### § 596.302 Effective date.

The term *effective date* refers to the effective date of the applicable prohibitions and directives contained in this part which is 12:01 a.m. EDT, August 22, 1996.

### § 596.303 Financial institution.

The term *financial institution* shall have the definition given that term in 31 U.S.C. 5312(a)(2) or the regulations promulgated thereunder, as from time to time amended.

NOTE: The breadth of the definition precludes its reproduction in this section.

### § 596.304 Financial transaction.

The term *financial transaction* shall have the meaning set forth in 18 U.S.C. 1956(c)(4), as from time to time amended. As of the effective date, this term includes:

(a) A transaction which in any way or degree affects interstate or foreign commerce;

(1) Involving the movement of funds by wire or other means; or

(2) Involving one or more monetary instruments; or

(3) Involving the transfer of title to any real property, vehicle, vessel, or aircraft; or

(b) A transaction involving the use of a financial institution which is engaged in, or the activities of which affect, interstate or foreign commerce in any way or degree.

### § 596.305 General license.

The term *general license* means any license or authorization the terms of which are set forth in this part.

### § 596.306 License.

Except as otherwise specified, the term *license* means any license or authorization contained in or issued pursuant to this part.

### § 596.307 Monetary instruments.

The term *monetary instruments* shall have the meaning set forth in 18 U.S.C. 1956(c)(5), as from time to time amended. As of the effective date, this term includes coin or currency of the United States or of any other country, travelers' checks, personal checks, bank checks, and money orders, or investment securities or negotiable instruments, in bearer form or otherwise in such form that title thereto passes upon delivery.

### § 596.308 Person; entity.

(a) The term *person* means an individual or entity.

(b) The term *entity* means a partnership, association, corporation, or other organization.

### § 596.309 Specific license.

The term *specific license* means any license or authorization not set forth in this part but issued pursuant to this part.

### § 596.310 Terrorism List Government.

The term *Terrorism List Government* includes:

(a) The government of a country designated under section 6(j) of the Export Administration Act, as well as any political subdivision, agency, or instrumentality thereof, including the central bank of such a country;

(b) Any entity owned or controlled by such a government.

### § 596.311 Transaction.

The term *transaction* shall have the meaning set forth in 18 U.S.C.

450