1

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

D. PETERSON, et al,                    .        Docket No. CA 01-2094

             Plaintiffs,       .        Washington, D. C.
                                       .        March 17, 2003
      vs.                              .        10:00 a.m.

THE ISLAMIC REPUBLIC OF IRAN,          .
MINISTRY OF FOREIGN AFFAIRS AND        .
THE MINISTRY OF INFORMATION AND        .
SECURITY,                              .

         Defendants                  .

. . . . . . . . . . . . . .            .


J. BOULOS, et al,                      .        Docket No. CA 01-2684

             Plaintiffs,       .

      vs.                              .

THE ISLAMIC REPUBLIC OF IRAN,          .
THE IRANIAN MINISTRY OF                .
INFORMATION AND SECURITY,              .

         Defendants                  .

. . . . . . . . . . . . . .            .


TRANSCRIPT OF TRIAL
BEFORE THE HONORABLE ROYCE C. LAMBERTH
UNITED STATES DISTRICT JUDGE

APPEARANCES:

For the Plaintiffs:          THOMAS FORTUNE FAY, ESQUIRE
                             DAN GASKILL, ESQUIRE
                             601 Pennsylvania Avenue, N.W.
                             #900 - South Building
                             Washington, D.C. 20004
                             202 589 1300

                             STEVEN R. PERLES, ESQUIRE
                             1615 New Hampshire Avenue, N.W.
                             Washington, D.C. 20009
                             202 745 1300

181

1                        AFTERNOON SESSION

2             MR. FAY:  May we approach again, Your Honor?

3             THE COURT:  Yes.

4             MR. FAY:  May I approach again.  This doesn't have

5    to be on.

6        **(Whereupon, a discussion was held at the bench off the**

7    **record.)**

8             MR. FAY:  We will call Dr. Patrick Clawson.

9        **PATRICK L. CLAWSON, PLAINTIFFS' WITNESS, SWORN**

10                       **DIRECT EXAMINATION**

11   BY MR. FAY:

12   Q.    Could you please state your full name and address.

13   A.    My name is Patrick Lyle Clawson.  I live at 1541 33rd

14   Street, Northwest, in Washington, D.C.

15   Q.    What is your date of birth?

16   A.    March 30th, 1951.

17   Q.    And your place of birth?

18   A.    Alexandria, Virginia.

19   Q.    Could you detail your education for us post high

20   school?

21   A.    I have a bachelor of arts degree from Oberland

22   College and a PhD from the New School for Social Research,

23   both in the field of economics.

24   Q.    What is your present occupation?

25   A.    I am the Deputy Director of the Washington Institute

1 for Near East Policy.

2 Q.    And what does the institute do in general?

3 A.    The institute is a think tank, the classic Washington

4 institution which produces studies and analyses for U.S.

5 policymakers and journalists.

6 Q.    Could you tell us about your language fluency.

7 A.    I am quite fluent in Persian or Farsi as well as

8 French, and I have reasonable German, Hebrew and Spanish.

9 Q.    Could you review for us your professional experience

10 since completing your PhD studies?

11 A.    After briefly teaching at Seton Hall University, I

12 worked at the International Monetary Fund, then the World

13 Bank, and then the Foreign Policy Research Institute, and

14 then the National Defense University's Institute for

15 National Strategic Studies, each for four years before

16 joining the Washington Institute for Near East Policy.

17 Q.    To what extent does your occupation include review of

18 Iranian government activities from the 1979 revolution to

19 the present?

20 A.    I have been doing that for close on 20 years.

21 Q.    What percentage of your time is spent in study of

22 Iran's foreign policy and other aspects of that country from

23 1979 to the present?

24 A.    Well, until the crisis with Iraq heated up, I was

25 spending approximately a third of my time doing that, and

183

1  now I'm spending rather less, I'm afraid.

2  Q.    To what extent is information about the Islamic

3  Republic of Iran available outside of that country?

4  A.    Iran is a remarkably open country.  It's worth

5  recalling that, for instance, the Iran-Contra affair of the

6  1980s actually leaked from an Iranian source rather than

7  from an American source.  And the Iranian government is

8  frequently frustrated by how often its secret plans and

9  documents end up being printed in one of the country's

10  newspapers.

11  Q.    To what extent is this due to the development of what

12  we call the Internet or the worldwide web that somebody can

13  use -- essentially make a telephone call around the world?

14  A.    Well, that's a good point.  The Iranian conservative

15  hard-liners two years ago closed down a great many of Iran's

16  newspapers, and as a result people turned to the Internet,

17  so that now many Iranians get their news from the Internet.

18  The political debate on the floors of the parliament and by

19  the political leaders refers to articles that showed up on

20  the Internet websites rather than to articles in the

21  newspapers.  So the effort to censor the newspapers turned

22  out not to be terribly successful.

23  Q.    On a regular basis, what do you review to keep you up

24  to date on what has happened and what is happening inside

25  Iran?

1  A.    Well, I read at least one Iranian newspaper a day,

2  even though I'm so busy.  I try to read two others every

3  day, but I must say, the last few months with the Iraq

4  crisis, that has been very hard to do.

5  Q.    Would your studies include studies of the Iranian

6  budget?

7  A.    Yes, sir.

8  Q.    Have those studies produced any writings on Iran?

9  A.    Oh, yes.  I've written a couple of books on Iran and

10 more than a dozen articles.

11 Q.    Do you to the present act as a consultant to various

12 groups and governmental agencies on issues involving Iran?

13 A.    Correct, sir, U.S. Government agencies.

14 Q.    And could you list some of those for us?

15 A.    The Defense Department, for instance, I'm quite

16 active with that, and I do a variety of things from time to

17 time for different intelligence agencies.

18 Q.    Are you considered in the academic and intelligence

19 communities to be an expert on Iran and Iranian affairs over

20 the past 25 years?

21 A.    Yes, sir.

22        MR. FAY:  Your Honor, we would submit that Dr.

23 Clawson is qualified to render opinions as to Iran, its

24 political affairs and government, as an expert.

25        THE COURT:  I agree.  I relied on his testimony in

1 one of the prior cases, and I guess at the time you

2 testified then, you were following what parliament did in

3 the newspapers every day in Iran and that has changed

4 somewhat since the last time you were here.

5          THE WITNESS:  I have to confess, sir, that because

6 of the Iraq crisis, it has been hard to do that the last few

7 months.  I have been trying to, but I can't say that I do it

8 as regularly as I once did.  I have been reading at least

9 one Iranian newspaper every day, though.

10          THE COURT:  And you also pull up some of the stuff

11 on the Internet?

12          THE WITNESS:  Oh, yes, sir.

13          THE COURT:  And what kinds of things are you

14 seeing there?

15          THE WITNESS:  Well, these newspapers, the

16 interesting newspapers to read are the ones that are on the

17 Internet rather than the ones that are printed in Iran.

18          THE COURT:  So it's basically publishing the same

19 thing, only not on paper in Iran?

20          THE WITNESS:  Correct, sir.  Correct, sir.  The

21 published newspapers have become much more stilted and not

22 very interesting.

23          THE COURT:  But you are still able to follow what

24 parliament is doing.

25          THE WITNESS:  Oh, yes, sir.  One can get that

186

1    quite readily on the Internet.

2         THE COURT:  And they are still fairly open about

3    appropriating money for terrorism and those sorts of things,

4    or --

5         THE WITNESS:  Well, sir, I have to confess that

6    since people like me pointed out that they were openly

7    appropriating the money, they are much more cautious about

8    this, but they are not cautious about expressing support for

9    the goals of terrorists and expressing Iran's support for

10   these organizations, although, of course, they always deny

11   that Iran is responsible for terrorist acts.

12        THE COURT:  Go ahead, Mr. Fay.

13   BY MR. FAY:

14   Q.    Are you familiar with a part of the --

15        THE COURT:  I found it shocking the first time you

16   told me that, that they actually sat down and debated how

17   much money to appropriate for terrorist acts, and I guess

18   your testimony had some impact there, too.

19        THE WITNESS:  I think, to be fair, Your Honor, it

20   was actually a 60 Minutes report in which I had said this

21   that got their attention at least as much as any court

22   testimony.

23   BY MR. FAY:

24   Q.    After that, they closed the door?

25   A.    Well, it had been closing before.

187

1  Q.    Are you familiar with an Iranian government agency

2  known as the Ministry of Information and Security?

3  A.    Yes, sir.

4  Q.    Just to distinguish it from maybe a name like that in

5  the United States that might be a library or a newspaper,

6  what is the Ministry of Information and Security in Iran?

7  A.    It's the intelligence organization.  Indeed, on their

8  English-language website, they now refer to themselves as

9  the Ministry of Intelligence and Security.  But the Persian

10 name is essentially the same as the Organization for

11 Information and Security, which was the name of the Shah's

12 secret police.  SAVOK is the initials for Organization for

13 Information and Security.  And under the Islamic Republic,

14 the same organization continued.  It did not formally become

15 a ministry until about the time of this bombing, a little

16 afterwards, but it continued to exist, and we know from

17 reports prepared in Iran that it continued to have about

18 30,000 employees during this whole time.

19 Q.    The same folks continue on working there, simply for

20 a new group?

21 A.    Yes, sir.  In fact, one of the top heads of the

22 Shah's secret police defected to the revolutionary cause

23 shortly before the revolution.

24 Q.    At the time of the U.S. Marine presence in Beirut,

25 1982 and 1983, to what extent was the Ministry of

1  Information and Security in charge of activities outside

2  Iran, that is to say clandestine operations and offensive

3  operations such as the bombing of the Marine barracks?

4  A.    Well, just to repeat, the organization had a -- was

5  not formally a ministry at the time, but it was effectively

6  the same body, and it certainly thought it was in charge and

7  was trying hard to fend off efforts by the revolutionary

8  guards to take part of its bureaucratic turf.

9         So I would say that the organization was primarily

10  in charge of those activities, but the revolutionary guard

11  was chipping away bureaucratically, trying to get in part of

12  the action, too.

13  Q.    Did those activities include the propagation of

14  terrorism in Lebanon among other countries?

15  A.    Very much so.

16  Q.    Dr. Clawson, let me read you a part of the Iranian

17  Constitution and a quote defining the mission of Iran.  "The

18  mission of the Constitution is to realize the ideological

19  objectives of the movement and create conditions conducive

20  to the development of man in accordance with the noble and

21  universal values of Islam."  End quote.

22         Is that an accurate translation in English from

23  Farsi of that declaration of purpose in the Constitution?

24  A.    Yes, sir.

25  Q.    In your opinion, within a reasonable degree of

1  certainty as an expert on Iran, is it accurate to read this

2  as a declaration of national purpose which applies not out

3  to Iran and its citizens, but the entire world?

4  A.    Yes, sir.  If I may say, at this time, certainly that

5  declaration was being taken very seriously and followed up

6  on.  I would say that since then, there may have been some

7  lagging of the revolutionary fervor.

8  Q.    Are you familiar with an organization known as

9  Hezbollah?

10  A.    Yes.  Yes, sir, the Lebanese organization known as

11  Hezbollah.

12  Q.    And what is that?

13  A.    Well, literally it means the Party of God.  It was an

14  organization begun after the Israeli invasion of Lebanon in

15  1982 when Iran felt that the groups in Lebanon's Shiite

16  community were too moderate and encouraged a split-off from

17  the major moderate group at that time called Amal, A-m-a-l.

18  The split-off group was to engage in terrorist attacks on

19  Israeli and Western interests in Lebanon as well as to

20  campaign for an Islamic state.

21        The group took a while to emerge out of Amal.  It

22  began as a -- really presenting itself only as a pressure

23  group within Amal and then became a tendency within Amal and

24  then became a separate organization, to the point that,

25  within a couple of years after this bombing, Amal and

190

1 Hezbollah are actually physically fighting each other.

2         But we now know that from a very early date, well

3 before this bombing, the Hezbollah organization leaders had

4 been told by Iran that their goal would be to split from

5 Amal and to form a separate organization.

6 Q.    There is testimony in this case from a Hezbollah

7 operative who participated in the attack that there was a

8 call through to the -- a group of Iranian revolutionary

9 guards and that the now head of Hezbollah was present, I

10 believe Sheik Nasrullah?

11 A.    Uh-huh.

12 Q.    Would such activity be in accordance with Hezbollah's

13 function at that time?

14 A.    Both from the accounts of Hezbollah members and from

15 the accounts of the Iranians and of every academic study

16 that I'm aware of, certainly at this time, Hezbollah is

17 largely under Iranian orders.  It's almost entirely acting

18 at the -- under the order of the Iranians and being financed

19 almost entirely by the Iranians.  It comes to be an

20 organization with Lebanese roots and Lebanese activities and

21 more independence from Iran, but that's years past this time

22 frame.

23 Q.    As of --

24         THE COURT:  In the '83 time frame, it was

25 essentially a tool of Iran.

1        THE WITNESS:  Correct, sir.  Indeed, both Iranian

2   and Lebanese observers have described it as being

3   established at Iran's orders and as being a creature of Iran

4   when it began.  Hezbollah leaders today will sometimes

5   describe that as the roots of their party and say that it

6   has evolved away from being that.

7   BY MR. FAY:

8   Q.    Was there any other major means of support for

9   Hezbollah other than the Islamic Republic of Iran?

10  A.    Not at this time, no, sir.

11  Q.    Dr. Clawson, the statute being applied by the Court

12  speaks of, quote, "material support by a terrorist state" as

13  being the necessary connection for vicarious liability.  In

14  the fall of 1983, was there anything of a significant

15  nature, and especially a terrorist attack the dimensions of

16  the attack on the Marine barracks of October 23rd, 1983,

17  which would or could have been undertaken by Hezbollah

18  without material support from Iran?

19  A.    Iran's material support would have been absolutely

20  essential for any activities at that time, and furthermore,

21  the politics of the organization is that no one in the

22  organization would have thought about carrying out an

23  activity without Iranian approval and almost certainly

24  Iranian orders.

25  Q.    Is that opinion within a reasonable degree of

192

1  certainty as an expert on Iran?

2  A.    Oh, absolutely, sir.

3  Q.    Would any operation such as the October 23rd, 1983,

4  attack require the approval within Iran of the Ministry of

5  Information and Security?

6  A.    Yes, sir.

7  Q.    What about Mr. Rafsanjani?

8  A.    There would have been a discussion in the National

9  Security Council which would involve the prime minister, Mr.

10 Rafsanjani, and it would also have required the approval of

11 Iran's supreme religious leader, Ayatollah Khomeini.  We

12 have many detailed accounts about the approval process from

13 other attacks at this time, and, indeed, from a number of

14 Iranians who became disillusioned with this process and

15 later left.

16 Q.    Doctor, your opinion within a reasonable degree of

17 certainty as an expert on Iran, what was the foreign policy

18 objective of the October 23rd, 1983, attack and other like

19 attacks by Iran during this period?

20 A.    Both to end the Western, especially the American

21 presence in Lebanon, and to establish Iran's image as the

22 leader of the world's radical, anti-Western, anti-American

23 Muslim movement.

24 Q.    During this period, the 1980s, did Iran also support

25 other terrorist organizations in the Near East?

193

1  A.      Yes, sir.

2  Q.      Were you able to determine, because of your study of

3  Iran, the approximate amount spent by Iran on terrorist

4  activities during the mid-80s?  And I mean '83 to '88

5  approximately.

6  A.      Yes.  The sources of information are somewhat vague

7  in that a fair amount of the money is channelled through

8  indirect means.  I have testified several times that the

9  reasonable range of estimates is $50 million a year to $150

10 million a year.  I would say the evidence that has come to

11 light in the last year or so since these trials began would

12 say to me that the higher end of that figure is more

13 credible than the lower end of the figure.

14 Q.      To what extent since its creation in 1979 has the

15 Islamic Republic of Iran been susceptible to influence

16 because of economic sanctions?  By sanctions, I don't mean

17 something that was stated, but simply having to pay out

18 bucks, whether it's in damages in personal injury cases or

19 damages awarded by a tribunal, punitive damages, anything of

20 that sort?

21 A.      To begin with, the release of those held hostage at

22 the American Embassy in Tehran, most Iranian observers think

23 that the American freezing of billions of dollars of Iranian

24 assets and the eventual negotiations which really hinged

25 around how much money Iran was going to get back is a good

194

1 example from the very beginning of this process of Iran's
2 susceptibility to economic pressure, and there have been a
3 number of situations since in which Iran has been deflected
4 from its main course by economic pressures.  For instance,
5 the Europeans are successful at doing that in the early
6 1990s, deflecting Iran from terrorist activities in European
7 soil.

8 Q.    Now, the United States Court of Appeals for the
9 District of Columbia has told all of us, including myself,
10 the judge and everyone else, that there are two things
11 concerned with punitive damages, and one is the depth of the
12 pockets, and the second thing being how much has to be taken
13 out of those pockets in order that the course of conduct is
14 changed.  It's like raising the price on a car, perhaps, in
15 the coldest possible terms.

16       So can you give us an idea today what are the
17 depth of the pockets of Iran?  How prosperous is Iran today?
18 A.    Well, the Iranian Central Bank, which is a fully
19 owned instrument of the Iranian government, has over $12
20 billion in foreign exchange reserves, and the Iranian
21 government's annual income is getting close to $40 billion a
22 year these days.

23 Q.    Given the enormity of the offense committed on
24 October 23rd, 1983, in the attack of the Marine barracks,
25 how much of that sum in the pockets of Iran would have to be

195

1  subtracted from the pockets before -- in order to give some

2  indication that they would start to change policy?

3  A.    Well, sir, I would -- the larger the sum, the more of

4  an impact this is going to have on the Iranians, and if this

5  court case results in a large judgment, be it for

6  compensatory or for punitive damages, that is very likely to

7  receive the attention of a fair number of policymakers in

8  Iran, and I have great confidence that the Iranian leaders

9  will consider that in deciding which way to proceed.

10           They have been very clever at trying to find ways

11  in which they can accomplish their objectives without

12  crossing lines in the sand that we have drawn, so they may

13  find new, different ways to frustrate American foreign

14  policy objectives in the Middle East rather than engaging in

15  terrorist attacks that target Americans.

16  Q.    As a result of these cases in the past -- by these

17  cases, I mean cases brought under the anti-terrorist

18  amendments to the Foreign Sovereign Immunity Act -- you have

19  already indicated following those that Iran to some extent

20  has tried to close the information door, and I believe that

21  actually they have also -- there was some discussion in the

22  Iranian Parliament in which even Mr. Perles and myself were

23  described in unflattering terms?

24  A.    Yes, sir.  Iran also passed a law allowing Iranians

25  to sue the American Government for damages because of

1  American Government actions, such as the support for the
2  overthrow of the Mosadat government in 1953.
3  Q.    I take it, in suggesting that a case like that be
4  brought in Iran, they don't recognize how aggressive the
5  American plaintiffs' bar is.
6  A.    Correct, sir.
7  Q.    Okay.  When you said significant amounts of money,
8  what are we talking about with regard to Iran?  With that
9  amount that they have in the Central Bank, are we talking
10 about amounts in the billions that --
11 A.    Well, sir, it would depend in part on what you want
12 to deter Iran from doing.  If you want to deter Iran from
13 attacking American citizens through terrorist acts, that's a
14 much more limited goal than asking Iran to abandon all
15 terrorism.
16         For instance, much of its terrorism now is
17 targeted -- much of what the terrorism supports is targeted,
18 for instance, against Israelis rather than against
19 Americans.  So the Iranians would very carefully consider
20 precisely and exactly what it is that you ask them to do.
21 Q.    They sound as though they are the main participants
22 in the terrorism business; is that a fair statement?
23 A.    I would say that Iran is the main state sponsor of
24 terrorism.  There are other non-state organizations which
25 are at least as active such as al Quaeda until recently.  It

197

1 | may have been disrupted recently.

2 |          But I would say that based on the past precedent

3 | about the way that these court cases have been viewed, what

4 | will be looked at very closely is two things.  One is the

5 | size of the dollars involved, and the other is whether or

6 | not there is any change in the way that the court views the

7 | matter.  So this case, if it involves a much larger judgment

8 | in dollar terms than previous cases, will be regarded as a

9 | toughening of the American stance.

10 |          On the other hand, there will be close examination

11 | of whether or not this case in its legal reasoning or in the

12 | application or non-application of punitive damages involves

13 | any change in the way in which a court rules.  So, for

14 | instance, a lack of punitive damages would be regarded as an

15 | indication that the United States Government is making a

16 | gesture towards Iran.

17 | Q.    A softening of our position.

18 | A.    Correct, sir.

19 |          MR. PERLES:  My apologies, Your Honor.  May I

20 | interrupt Mr. Fay for just a moment, please?

21 |          THE COURT:  Yes.

22 |      (Pause.)

23 | BY MR. FAY:

24 | Q.    So as I read you correctly, less in punitive damages

25 | than has been awarded in cases before would be to the

198

1 Iranians a softening of the American resolve; more would be

2 a hardening of the American resolve?

3 A.    Correct, sir.

4 Q.    And in the past, I think it has been between $225

5 million and $300 million.

6 A.    You would be better informed about that than I, sir.

7        MR. FAY:  Your Honor, I don't believe I have any

8 other questions of the witness.

9        THE COURT:  You know, when you and I talked, I

10 guess maybe in the second case where I had done punitives in

11 the first, --

12        THE WITNESS:  Yes, sir.

13        THE COURT:  -- and I asked you your impression of

14 what, if any, impact that had, you sort of had the same

15 answer.  If I didn't do it, the impact would be great.  Is

16 there actually any positive impact of the punitive damages,

17 do you think?  Can you tell?

18        THE WITNESS:  Well, I think that we -- after those

19 cases, sir, there was a debate in the Iranian Parliament

20 about the performance of the Foreign Minister in which some

21 of the members of the parliament held up as one of the

22 principal examples of his incompetence that he had not been

23 able to bring an end to this series of trials and saying

24 that this continued to poison U.S.-Iran relations and that

25 why hadn't he figured out some way to stop all of this.  We

199

1  have also seen some --

2          THE COURT:  So in that sense, there was a

3  beneficial impact --

4          THE WITNESS:  Correct, sir.  Yes, sir.

5          THE COURT:  -- of my order.

6          THE WITNESS:  Absolutely, sir.  Indeed, we have

7  seen over the last year in Iran quite a debate about why it

8  is that Iran has not been able to improve relations with the

9  United States, and the current supreme religious leader, Mr.

10 Khamenei, K-h-a-m-e-n-e-i, has felt compelled to defend

11 himself against accusations that he has missed opportunities

12 to improve U.S.-Iran relations.  So this has become a

13 sensitive issue.

14          I would suspect that a large court judgment in a

15 widely publicized case like this is -- it would feed that

16 attitude in Iran, that Iran is missing an opportunity that

17 should be presented by what would seem to be a shared

18 objective, namely the elimination of the government of

19 Saddam Hussein in Iraq, a missed opportunity to improve

20 U.S.-Iran relations, that is.

21          THE COURT:  I guess the other thing you said that

22 had an impact on me last time was your feeling beyond the

23 punitive damages that there were things the Court could say

24 that might have an impact.  Tell me a little more about

25 that, and did you view that what I said did have an impact

1  or did it boomerang?

2         THE WITNESS:  Oh, I think, sir, that the Iranians
3  have been extraordinarily sensitive to court actions,
4  whether it was in Germany or in Argentina or in the United
5  States, which make any references to the top leadership of
6  the country being involved in these cases.  That has been a
7  matter of greatest sensitivity in Iran, and there have been
8  several cases in which the Iranians reacted extremely
9  strongly, particularly to suggestions that the supreme
10 religious leader was involved in any way in these
11 activities.  So that's probably the point that they would be
12 most sensitive about.

13         But I have to say that I think that they pay quite
14 detailed attention to these judgments, which is a change
15 from what happened when the process first started where they
16 generally ignored these cases, but then especially after
17 Congress amended the law in such a way that the Iranians
18 interpreted it as their money that is being paid out.  I
19 recognize that that's a simplification and some may say an
20 inaccurate reading, but that's how it's reported in the
21 Iranian press.

22         THE COURT:  Once the plaintiffs started actually
23 getting money, the Iranians viewed it a little differently.
24         THE WITNESS:  Correct, sir.  They viewed it with
25 great outrage.

1          THE COURT:  Exactly what we would want.

2          THE WITNESS:  That was my sense that was Congress'

3   intention, sir.  I am not an expert on that one.

4          THE COURT:  Thank you very much, Doctor.

5          THE WITNESS:  Thank you.

6          MR. FAY:  Thank you, Dr. Clawson.

7      **(Witness excused.)**

8          MR. FAY:  Your Honor, at this time, we would call

9   Deborah Peterson to testify.

10     **DEBORAH D. PETERSON, PLAINTIFFS' WITNESS, SWORN**

11                **DIRECT EXAMINATION**

12  BY MR. FAY:

13  Q.    Could you please state your full name and address?

14  A.    My name is Deborah Delia Knipple Peterson.  I live at

15  4107 Conrad Road in Alexandria, Virginia.

16  Q.    And Ms. Peterson, I take it, in contrast to almost

17  every witness who has been in here previously, you haven't

18  spent some percentage of your life in court testifying on

19  various things.

20  A.    No.

21  Q.    Have you ever testified in a case before?

22  A.    Not like this, no.  No.

23  Q.    I can assure you capital punishment is not involved

24  no matter what you say.  The judge agrees.

25          What is your present occupation?