UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANNA BEER, *et al.*   ) | |
| ) | |
| Plaintiffs,   ) | |
| v.   ) | Civil Action 1:06CV00473 (RCL) |
| ) | |
| THE ISLAMIC REPUBLIC OF IRAN, *et al.*   ) | |
| ) | |
| Defendants.   ) | |

## PLAINTIFF'S MOTION FOR A HEARING

PLAINTIFFS, by and through undersigned counsel, respectfully request a hearing on the issues presented in Plaintiff's Motion to Reconsider and Leave to File a §1082(c)(2) Motion *Nunc Pro Tunc*, filed with this Court on September 10, 2008.

Date:   September 12, 2008

Respectfully Submitted,

_____/s/_____
Barry L. Leibowitz
Bar No. 158949
2730 University Boulevard West
Suite 910
Wheaton, MD 20902
(301) 942-8378

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANNA BEER, *et al.* ) | |
| ) | |
| Plaintiffs, ) | |
| v. ) | Civil Action 1:06CV00473 (RCL) |
| ) | |
| THE ISLAMIC REPUBLIC OF IRAN, *et al.* ) | |
| ) | |
| Defendants. ) | |

## ORDER AND NOTICE OF HEARING

The Court having considered Plaintiffs' Motion for a Hearing it is, by the Court, this _____ day of _____, 2008

**ORDERED**, Plaintiffs' request for a hearing on the issues presented in Plaintiff's Motion to Reconsider and Leave to File a §1082(c)(2) Motion *Nunc Pro Tunc* is granted, and it is further;

**ORDERED**, that the hearing will be held on _____ day of _____, 2008.

_____
**Royce C. Lamberth**
**United States District Judge**

CC: Barry L. Leibowitz, Esq.
2730 University Boulevard West,
Suite 910
Wheaton, MD 20902