UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| HARRY BEER, *et al.*, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | 06-cv-473 (RCL) |
| ISLAMIC REPUBLIC OF IRAN, *et al.*, | ) ) ) | |
| Defendants. | ) ) ) | |

**ORDER**

     Before this Court is Plaintiffs' Motion for an Entry of an Order pursuant to 28 U.S.C. § 1610(c) [ECF No. 54]. The Court will GRANT that motion.

     Section 1610(c) of Title 28 of the U.S. Code provides that "[n]o attachment or execution . . . shall be permitted until the court has ordered such attachment and execution after having determined that a reasonable period of time has elapsed following the entry of judgment and the giving of any notice required under section 1608(e) of this chapter." 28 U.S.C. § 1610(c). This Court entered final judgment in favor of plaintiffs on August 26, 2008. [ECF Nos. 28, 29]. Post-judgment service was effectuated on defendants pursuant to 28 U.S.C. § 1608(e) over a year ago on November 2, 2011. *See* Affidavit of Service, Dec. 12, 2011 [ECF. No. 52].

     This Court finds that a reasonable period of time has passed sufficient for entry of an order pursuant to § 1610(c). *See, e.g.*, *Ned Chartering & Trading, Inc. v. Republic of Pak.*, 130 F. Supp. 2d 64, 67 (D.D.C. 2001) (collecting cases to conclude "that other courts have found periods such as two or three months sufficient to satisfy section 1610(c)'s requirements" and separately determining that six weeks was acceptable).

2

Accordingly, it is hereby

**ORDERED** that plaintiffs' Motion for an Entry of an Order pursuant to 28 U.S.C. § 1610(c) is GRANTED; it is further

**ORDERED** that a reasonable period of time has elapsed following the entry of the August 26, 2008 Judgment and the giving of notice of such Judgment under 28 U.S.C. § 1608(e), which occurred on November 2, 2011; it is furthermore

**ORDERED** that plaintiffs, now judgment creditors, are authorized to pursue attachment in aid of execution of the August 26, 2008 Judgment as permitted by 28 U.S.C. § 1610.

**SO ORDERED.**

Signed by Royce C. Lamberth, Chief Judge, on November 14, 2012.