**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| STEVEN M. GREENBAUM, et al., <br><br> Plaintiffs, <br><br> v. <br><br> ISLAMIC REPUBLIC OF IRAN, et al., <br><br> Defendants. | Civil Action No. 02-2148 (RCL) |
| CARLOS ACOSTA, et al., <br><br> Plaintiffs, <br><br> v. <br><br> ISLAMIC REPUBLIC OF IRAN, et al., <br><br> Defendants. | Civil Action No. 06-745 (RCL) |
| HARRY BEER,, et al., <br><br> Plaintiffs, <br><br> v. <br><br> ISLAMIC REPUBLIC OF IRAN, et al., <br><br> Defendants. | Civil Action No. 06-473 (RCL) |
| JASON KIRSCHENBAUM, et al., <br><br> Plaintiffs, <br><br> v. <br><br> ISLAMIC REPUBLIC OF IRAN, et al., <br><br> Defendants. | Civil Action No. 03-1708 (RCL) |

**ORDER**

Upon consideration of Plaintiffs' Motion for Order Authorizing the Issuance of Writs of Attachment and Execution and Request for Expedited Review, the Court ORDERS:

1. Plaintiffs' Motion is **GRANTED**;

2. The Clerk of the Court shall issue Plaintiffs' writs of attachment and execution to the United States and to the U.S. Marshalls Service, who currently possesses property owned by Defendant The Islamic Republic of Iran ("Iran"), namely all petroleum-product cargo associated with the M/T Achilleas, with International Maritime Organization ("IMO") No. 9398072; and

3. The U.S. Marshals Service is directed to serve Plaintiffs' writs of attachment—as signed, sealed, and issued by the Clerk of the Court—on the U.S. Attorney's Office at 555 4th Street, NW, Washington, DC 20001.

**SO ORDERED.**

Date: February 18, 2021 at 8:01 PM

s/Royce C. Lamberth
United States District Judge