UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| STEVEN M. GREENBAUM, et al., | ) | |
| Plaintiffs, | ) | |
| v. | ) | Civil Action No. 02-2148 (RCL) |
| ISLAMIC REPUBLIC OF IRAN, et al., | ) | |
| Defendant. | ) | |
| CARLOS ACOSTA, et al., | ) | |
| Plaintiffs, | ) | |
| v. | ) | Civil Action No. 06-0745 (RCL) |
| ISLAMIC REPUBLIC OF IRAN, et al., | ) | |
| Defendant. | ) | |
| HARRY BEER, et al., | ) | |
| Plaintiffs, | ) | |
| v. | ) | Civil Action No. 06-0473 (RCL) ✓ |
| ISLAMIC REPUBLIC OF IRAN, et al., | ) | |
| Defendant. | ) | |
| JASON KIRSCHENBAUM, et al., | ) | |
| Plaintiffs, | ) | |
| v. | ) | Civil Action No. 03-1708 (RCL) |
| ISLAMIC REPUBLIC OF IRAN, et al., | ) | |
| Defendant. | ) | |

[PROPOSED] ORDER

ORDERED that the United States' consent motion is GRANTED;

ORDERED that the United States may participate as an intervenor in all proceedings in these actions concerning or pertaining to the Writs or the Property and shall not be required to file a pleading; and it is further

ORDERED that the parties shall docket all filings concerning the Writs and the Property in the *Greenbaum* action. Such filings shall be deemed filed in, and apply with equal force to, the *Acosta*, *Beer*, and *Kirschenbaum* actions.

SO ORDERED:

_4/6/21_
Date

ROYCE C. LAMBERTH
United States District Judge