# United States Court of Appeals

**FOR THE DISTRICT OF COLUMBIA CIRCUIT**

_____

**No. 22-5080**　　　　　　　　　　　　　　　**September Term, 2022**

　　　　　　　　　　　　　　　　　　　　　　1:06-cv-00745-RCL
　　　　　　　　　　　　　　　　　　　　　　1:02-cv-02148-RCL
　　　　　　　　　　　　　　　　　　　　　　1:06-cv-00473-RCL
　　　　　　　　　　　　　　　　　　　　　　1:03-cv-01708-RCL

**Filed On: July 20, 2023** [2008766]

Steven M. Greenbaum, on behalf of himself individually and as Administrator of the Estate of Judith (Shoshana) Lillian Greenbaum, deceased, et al.,

　　　　Appellants

　　v.

Islamic Republic of Iran, et al.,

　　　　Appellees

------------------------------

Consolidated with 22-5081, 22-5083, 22-5085

## M A N D A T E

　　In accordance with the judgment of May 9, 2023, and pursuant to Federal Rule of Appellate Procedure 41, this constitutes the formal mandate of this court.

　　　　　　　　　　　　　　　　　　　　**FOR THE COURT:**
　　　　　　　　　　　　　　　　　　　　Mark J. Langer, Clerk

　　　　　　　　　　　　　　　　BY:　/s/
　　　　　　　　　　　　　　　　　　　　Daniel J. Reidy
　　　　　　　　　　　　　　　　　　　　Deputy Clerk

Link to the judgment filed May 9, 2023