# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

**No. 22-5080**  **September Term, 2022**
FILED ON: MAY 9, 2023

STEVEN M. GREENBAUM, ON BEHALF OF HIMSELF INDIVIDUALLY AND AS ADMINISTRATOR OF THE ESTATE OF JUDITH (SHOSHANA) LILLIAN GREENBAUM, DECEASED, ET AL.,
  APPELLANTS

v.

ISLAMIC REPUBLIC OF IRAN, ET AL.,
  APPELLEES

Consolidated with 22-5081, 22-5083, 22-5085

Appeals from the United States District Court
for the District of Columbia
(No. 1:02-cv-02148)
(No. 1:03-cv-01708)
(No. 1:06-cv-00473)
(No. 1:06-cv-00745)

Before: MILLETT and CHILDS, *Circuit Judges*, and GINSBURG, *Senior Circuit Judge*

## **J U D G M E N T**

These causes came on to be heard on the record on appeal from the United States District Court for the District of Columbia and were argued by counsel. On consideration thereof, it is

**ORDERED** and **ADJUDGED** that the judgment of the District Court appealed from in these causes be affirmed, in accordance with the opinion of the court filed herein this date.

### **Per Curiam**

**FOR THE COURT:**
Mark J. Langer, Clerk

BY:  /s/

Daniel J. Reidy
Deputy Clerk

Date: May 9, 2023

Opinion for the court filed by Senior Circuit Judge Ginsburg.